IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Case No.:

| | |
|---|---|
| **Kafil Tunsill, individually and as Trustee of the SERVING HUMANITY TRUST, and all others similarly situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**Scott Bessent, in his official capacity as Secretary of the United States Treasury, and in his individual capacity where applicable,**<br><br>**Defendant.** | Case: 1:25-cv-01556   JURY DEMAND<br>Assigned To : Lamberth, Royce C.<br>Assign. Date : 5/15/2025<br>Description: Pro Se Gen. Civ. (F-DECK) |

**COMPLAINT FOR DECLARATORY JUDGMENT, WRIT OF MANDAMUS, INJUNCTIVE RELIEF, AND DAMAGES UNDER BIVENS**

## INTRODUCTION

1. This action is brought by the Trustee, joined by numerous other harmed Americans who have submitted affidavits of joinder and consent to remedy, asserting their statutory rights under 12 U.S.C. § 411, the Emergency Banking Relief Act of 1933, HJR-192, the Fifth Amendment to the U.S. Constitution, and equitable principles of law. Plaintiff, a lawful man and Trustee of the SERVING HUMANITY TRUST, invokes this Court's equitable and constitutional jurisdiction to compel the United States Treasury to redeem Federal Reserve Notes in lawful money.

2. The refusal or failure to redeem lawful money on demand constitutes a denial of due process, breach of fiduciary duty, and is contrary to the public policy of the United States as established by Congress.

3. Plaintiff includes herewith multiple sworn Affidavits of Joinder and Consent to Remedy, submitted by similarly harmed Americans asserting their right to lawful money

RECEIVED
MAY 15 2025
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

1

redemption under 12 U.S.C. § 411. These affidavits are incorporated herein by reference and attached as **Exhibit B**.

4. A detailed Memorandum of Law in support of this action, outlining the statutory, constitutional, and equitable foundations for the relief sought, is attached hereto as **Exhibit A** and is incorporated herein by reference.
5. Attached as is **Exhibit C** – Declaration of Trust for Serving Humanity Trust, demonstrating standing and lawful purpose in asserting this action under equity.

## JURISDICTION AND VENUE

6. Jurisdiction is conferred upon this Court pursuant to 28 U.S.C. §§ 1331 (federal question), 1361 (mandamus), 1343 (civil rights), and 2201–2202 (declaratory and injunctive relief).
7. Venue is proper under 28 U.S.C. § 1391(e) as the Defendant resides and performs official duties within this judicial district.

## PARTIES

8. Plaintiff Kafil Tunsill is a lawful man and fiduciary acting in honor as Trustee of the SERVING HUMANITY TRUST, on behalf of himself and all similarly situated citizens who have demanded redemption of Federal Reserve Notes in lawful money as authorized by law.
9. Defendant Scott Bessent is the Secretary of the U.S. Treasury. He is sued in his official capacity and in his individual capacity for knowingly and willfully refusing to honor redemption requests under 12 U.S.C. § 411 despite clear legal obligation and notice.

## STATEMENT OF FACTS

10. 12 U.S.C. § 411 provides that Federal Reserve Notes shall be redeemed in lawful money on demand at the U.S. Treasury.
11. Congress passed HJR-192 in 1933, suspending the gold clause and mandating discharge of obligations in lawful money, establishing a full faith and credit financial system.
12. The U.S. Supreme Court in Perry v. United States, 294 U.S. 330 (1935), affirmed that Congress could remove the gold clause but was still bound by obligations to maintain the

integrity of public contracts and monetary stability.

13. In Thompson v. Smith, 154 SE 579, it was held that no rule or law shall abrogate rights secured by the Constitution.

14. Plaintiff and others have lawfully demanded redemption in lawful money. The refusal to honor these demands is a violation of public trust and equity.

## CLAIMS FOR RELIEF

COUNT I – Declaratory Judgment (28 U.S.C. § 2201)

15. Plaintiff seeks a declaration affirming the enforceability of 12 U.S.C. § 411 and the legal right to demand lawful money redemption.

COUNT II – Writ of Mandamus (28 U.S.C. § 1361)

16. Defendant has a clear, non-discretionary legal duty to perform lawful money redemption. Plaintiff seeks mandamus relief.

COUNT III – Injunctive Relief (28 U.S.C. § 2202)

17. Plaintiff seeks injunctive relief barring any further refusal or obstruction by the Treasury to redeem Federal Reserve Notes as lawfully required.

COUNT IV – Violation of Due Process (U.S. Const. amend. V)

18. The refusal to honor a statutory right without hearing or process is a violation of due process.

COUNT V – Constitutional Tort Under Bivens (403 U.S. 388)

19. Defendant is liable in his individual capacity for knowingly denying Plaintiff's clearly established rights under color of law, causing economic harm and injury.

## EQUITABLE GROUNDS

20. Equity principles invoked:

    - Equity regards as done that which ought to be done.
    - Equity acts specifically and completely.
    - Equity abhors forfeiture.
    - Equity follows the law.
    - Equity will not allow a wrong without a remedy.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that this Court:

A. Declare that 12 U.S.C. § 411 is binding and enforceable;
B. Issue a Writ of Mandamus compelling the Secretary to redeem Federal Reserve Notes in lawful money;
C. Enjoin the Treasury from refusing such redemption;
D. Award compensatory and exemplary damages against Defendant in his individual capacity under Bivens;
E. Grant such other and further relief in law or equity as is just.

Respectfully Submitted,

By: _____
Kafil Tunsill UCC 1-308
Trustee for Serving Humanity Trust
2745 Miccosukee Road
Tallahassee, Florida [32308]
904-576-8981

**Dated: 5/15/2025**

## CERTIFICATE OF SERVICE

I certify that a true copy of this Complaint was served upon:

U.S. Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220

U.S. Attorney General
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

Date: 5/15/2028

Respectfully submitted,

*[signature]*

Kafil Tunsill
Trustee, SERVING HUMANITY TRUST

5