Exhibit A

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

Case No.:

| | |
|---|---|
| **Kafil Tunsill, individually and**<br>**as Trustee of the SERVING HUMANITY**<br>**TRUST, and all others similarly situated,** | )<br>)<br>)<br>) |
| **Plaintiff,** | )<br>) |
| **v.** | )<br>) |
| **Scott Bessent, in his official capacity as**<br>**Secretary of the United States Treasury,**<br>**and in his individual capacity**<br>**where applicable,** | )<br>)<br>)<br>)<br>) |
| **Defendant.** | ) |

---

## MEMORANDUM OF LAW

In Support of Plaintiff's Right to Lawful Money Redemption
and the Treasury's Fiduciary Duty Under 12 U.S.C. § 411

---

## I.    INTRODUCTION

This Memorandum of Law is submitted in support of Plaintiff's claims for
declaratory, injunctive, and mandamus relief compelling the United States
Department of the Treasury to fulfill its statutory and fiduciary obligations under
12 U.S.C. § 411. The law provides that Federal Reserve Notes shall be redeemed
in lawful money upon demand. Plaintiff and others have made lawful demands
for such redemption, and the Treasury's refusal or failure to comply constitutes a
violation of statutory, constitutional, and equitable duties arising from public
trust obligations enacted under the Emergency Banking Relief Act of 1933 and
HJR-192.

1

## II.    HISTORICAL AND STATUTORY BACKGROUND

In 1933, Congress enacted the Emergency Banking Relief Act and House Joint Resolution 192, suspending the gold standard and all gold clauses in public and private contracts. To offset the removal of a tangible redemption standard, Congress established the authority for the public to demand lawful money redemption of Federal Reserve Notes under 12 U.S.C. § 411:

"Federal reserve notes... shall be redeemed in lawful money on demand at the Treasury Department of the United States..."

This provision remains valid federal law. The obligation to redeem Federal Reserve Notes in lawful money is a statutory requirement and a substitute remedy following the government's abrogation of the gold standard.

## III.    LEGAL FRAMEWORK

### A. 12 U.S.C. § 411

12 U.S.C. § 411 clearly mandates that the U.S. Treasury redeem Federal Reserve Notes in lawful money upon demand. The statute has not been repealed and remains binding on the Department of the Treasury.

### B. House Joint Resolution 192 (1933)

HJR-192 abolished the gold clause and established a new form of debt discharge based on public credit. It created a trust relationship wherein the Treasury assumes responsibility for honoring debt satisfaction via lawful money.

### C. Perry v. United States, 294 U.S. 330 (1935)

The Supreme Court held that even though gold clauses were suspended, the government's obligations to honor the value of its contracts remained valid. The ruling affirmed that lawful substitute remedies must be provided.

### D. Clearfield Trust Co. v. United States, 318 U.S. 363 (1943)

2

This case held that when the federal government engages in commercial paper issuance, it operates under commercial law principles and is subject to fiduciary obligations similar to those in private transactions. The Treasury is therefore not immune to obligations arising from its statutory commitments.

## IV.    EQUITABLE ANALYSIS

When Plaintiff demands redemption in lawful money, he exercises a statutory right that invokes the doctrine of constructive trust. By operation of equity, a fiduciary duty arises whereby the Treasury becomes trustee, and Plaintiff becomes the beneficiary of the lawful discharge mechanism established in 1933.

**Maxims of Equity applicable include:**

- Equity regards that as done which ought to be done.
- Equity will not suffer a wrong without a remedy.
- Equity imputes an intent to fulfill an obligation.
- A trust is not allowed to fail for want of a trustee.

## V.    CONSTITUTIONAL FOUNDATION

The Fifth Amendment guarantees that no person shall be deprived of life, liberty, or property without due process of law. To deny redemption under 12 U.S.C. § 411 is to deny a lawful remedy to extinguish debt, thereby violating substantive due process.

Additionally, the First Amendment protects the right to petition government for redress of grievances. Treasury's refusal to respond to formal, lawful requests for redemption constitutes a denial of this constitutional guarantee.

## VI.    CONCLUSION

For the reasons stated above, this Court should recognize the Plaintiff's right to demand lawful money redemption as both a statutory entitlement and a fiduciary obligation of the United States Treasury. The refusal to honor this demand constitutes a violation of public trust, statutory law, equitable principles, and constitutional guarantees. The Plaintiff respectfully urges this Court to enforce the redemption provision of 12 U.S.C. § 411 and compel the Treasury to act in honor.

Respectfully submitted,

Kafil Tunsill
Trustee, SERVING HUMANITY TRUST

# Exhibit B

# NOTICE OF INTENT TO REDEEM OBLIGATIONS AND DEMAND FOR LAWFUL REMEDY

Pursuant to 12 U.S.C. § 411 and In Accordance with the Law of Nations, the Constitution, and Equity

Date: 5/2/2025

To:

- U.S. Department of the Treasury, 1500 Pennsylvania Ave NW, Washington, D.C. 20220
- The Office of the Comptroller of the Currency
- The Board of Governors of the Federal Reserve System
- The U.S. Attorney General
- The Clerk of the House and Senate
- The Office of the President of the United States
- Any other parties charged with upholding the U.S. Constitution and the lawful discharge of obligations

From:
Kafil Tunsill, Trustee of Serving Humanity Trust
Acting on behalf of the undersigned peaceful inhabitants of the United States of America

## Re: Official Notice of Mass Redemption of Federal Reserve Notes for Lawful Money and Demand for Treasury Action

- This notice is to formally advise the Department of the Treasury and all relevant officers and agencies that I, Kafil Tunsill, in my capacity as Trustee of the Serving Humanity Trust, along with a growing body of Americans who have studied and lawfully invoked our rights under 12 U.S.C. § 411, shall be physically present at the U.S. Department of the Treasury on May 14–16, 2025, to demand the immediate redemption of all obligations previously tendered in accordance with U.S.

1

## Legal Grounds for Redemption

- Federal Reserve Notes (FRNs) are debt instruments, not lawful money, and are therefore subject to economic manipulation.
- Under 12 U.S.C. § 411, we have the right to demand redemption in lawful money.
- The BRICS nations have actively begun abandoning the U.S. dollar, signaling its loss of value and acceptance.
- References: Reuters, Bloomberg, IMF Reports on BRICS De-dollarization, 2023–2024.
- We are invoking our lawful rights as non-enemy civilians as outlined in the Trading with the Enemy Act.

## Prior Tender and Notice

- We have submitted obligations to the U.S. Treasury including International Bills of Exchange, 1099-OIDs, Affidavits of Suretyship, and Redemption Notices.
- These filings have not been rebutted and thus stand as lawful commercial truth.

## Treason and Criminal Consequences of Noncompliance

- Failure to comply with lawful redemption demands constitutes economic oppression, breach of fiduciary duty, and high treason.
- Article III, Section 3 of the U.S. Constitution defines treason as levying war against the United States or giving aid to its enemies.
- 18 U.S.C. § 2381 states that anyone guilty of treason shall suffer death or be imprisoned not less than five years.
- 18 U.S.C. § 241 and § 242 criminalize conspiracy and deprivation of rights under color of law.
- We will lawfully pursue capital punishment against any officer proven to be willfully depriving the People of lawful remedy in violation of their oath and federal law.

## Demand for Prosecution and Capital Remedy
- We will seek criminal indictments under 18 U.S.C. § 2381.
- We will pursue the death penalty where lawfully warranted.
- We will issue referrals to Grand Juries for indictment under the Fifth Amendment.

## Final Proclamation

- If this peaceful demand is met with silence, evasion, or obstruction, all responsible will be held accountable.
- We invoke every lawful and divine remedy necessary to secure our freedom and economic survival.

Respectfully submitted,

*Kafil : Tunsill*

Kafil Tunsill UCC 1-308
Trustee, Serving Humanity Trust
Contact: (904) 576-8981
Date: 5/2/2025

NOTARY ACKNOWLEDGMENT:

State of __Florida__
County of __Duval__

On this __2nd__ day of __May__, 2025, before me, the undersigned Notary Public, personally appeared __Kafil Tunsill__, known to me or satisfactorily proven to be the individual whose name is subscribed to the within instrument and acknowledged that he/she executed the same for the purposes therein contained.

In witness whereof, I hereunto set my hand and official seal.

_Roy Lee Owen_
Notary Public

My Commission Expires: __4/9/2027__

Notary Public State of Florida
Roger Lee Owens
My Commission HH 384534
Expires 4/9/2027

3

# NOTICE OF SUPPORT AND JOINDER BY BENEFICIARY

I, the undersigned, a living beneficiary and peaceful inhabitant of the United States of America, hereby affirm and declare the following:

1. I have read and fully support the "Notice of Intent to Redeem Obligations and Demand for Lawful Remedy" submitted by Kafil Tunsill, Trustee of Serving Humanity Trust, and all claims and demands set forth therein.

2. I understand and affirm that under 12 U.S.C. § 411, all persons have the right to redeem Federal Reserve Notes for lawful money of the United States, and that continued enforcement of fiat debt instruments constitutes economic oppression and a violation of constitutional rights.

3. I understand that refusal to redeem obligations and provide remedy as lawfully demanded constitutes a breach of fiduciary duty and may rise to the level of high treason under Article III, Section 3 of the United States Constitution and 18 U.S.C. § 2381.

4. I stand in full support of the peaceful and lawful redemption of said obligations and the unified demand that the United States Treasury and other public agencies fulfill their constitutional duties.

5. I authorize Kafil Tunsill to include my name in any lawful civil or criminal complaint or demand for remedy arising from this matter, and I affirm that I shall be physically present at the Treasury on May 14–16, 2025, in peaceful assertion of my rights.

6. I make this declaration freely, without coercion, and under penalty of perjury under the laws of the United States of America.

Executed this __2__ day of __May__, 2025.

Name: _CATHRYN ELLISON_

Signature _Cathryn: Ellison_

Address: _1199 West Broad apt 1123_
_Mansfield, 4  OC_

1

City/State/ZIP: _Mansfield, Texas 76063_

Phone/Email (optional): _N69-875-5932_

NOTARY ACKNOWLEDGMENT:

State of _Texas_

County of _Tarrant_

On this _2_ day of _May_, 2025, before me, the undersigned Notary Public, personally appeared _Cathryn Ellison_, known to me or satisfactorily proven to be the individual whose name is subscribed to the within instrument and acknowledged that he/she executed the same for the purposes therein contained.

In witness whereof, I hereunto set my hand and official seal.

_____
Notary Public

My Commission Expires: _April 10, 2029_

SEBASTIAN RODRIGUEZ
My Notary ID # 135510575
Expires April 10, 2029

2

# NOTICE OF SUPPORT AND JOINDER BY BENEFICIARY

I, the undersigned, a living beneficiary and peaceful inhabitant of the United States of America, hereby affirm and declare the following:

1. I have read and fully support the "Notice of Intent to Redeem Obligations and Demand for Lawful Remedy" submitted by Kafil Tunsill, Trustee of Serving Humanity Trust, and all claims and demands set forth therein.

2. I understand and affirm that under 12 U.S.C. § 411, all persons have the right to redeem Federal Reserve Notes for lawful money of the United States, and that continued enforcement of fiat debt instruments constitutes economic oppression and a violation of constitutional rights.

3. I understand that refusal to redeem obligations and provide remedy as lawfully demanded constitutes a breach of fiduciary duty and may rise to the level of high treason under Article III, Section 3 of the United States Constitution and 18 U.S.C. § 2381.

4. I stand in full support of the peaceful and lawful redemption of said obligations and the unified demand that the United States Treasury and other public agencies fulfill their constitutional duties.

5. I authorize Kafil Tunsill to include my name in any lawful civil or criminal complaint or demand for remedy arising from this matter, and I affirm that I shall be physically present at the Treasury on May 14–16, 2025, in peaceful assertion of my rights.

6. I make this declaration freely, without coercion, and under penalty of perjury under the laws of the United States of America.

Executed this _5_ day of _May_, 2025.

Name: : Mialoni - D. : Vieira

Signature: : _Miah - D. : Vr_

Address: c/o 1550 Terrell Mill Rd SE

ALL RIGHTS RESERVED
Without Prejudice
UCC 1-308

1

City/State/ZIP: Marietta, Georgia Republic [30067]

Phone/Email (optional): 678-886-4417 / mdvieira29@gmail.com

NOTARY ACKNOWLEDGMENT:

State of _Georgia_

County of _Cobb_

On this _5_ day of _May_____, 2025, before me, the undersigned Notary Public, personally appeared _Mialoni D. Vieira_____, known to me or satisfactorily proven to be the individual whose name is subscribed to the within instrument and acknowledged that he/she executed the same for the purposes therein contained.

In witness whereof, I hereunto set my hand and official seal.

_____

Notary Public

My Commission Expires: _10-23-28_

AUTUMN PARKER
Notary Public - State of Georgia
Dekalb County
My Commission Expires Oct 23, 2028

2

# NOTICE OF SUPPORT AND JOINDER BY BENEFICIARY

I, the undersigned, a living beneficiary and peaceful inhabitant of the United States of America, hereby affirm and declare the following:

1. I have read and fully support the "Notice of Intent to Redeem Obligations and Demand for Lawful Remedy" submitted by Kafil Tunsill, Trustee of Serving Humanity Trust, and all claims and demands set forth therein.

2. I understand and affirm that under 12 U.S.C. § 411, all persons have the right to redeem Federal Reserve Notes for lawful money of the United States, and that continued enforcement of fiat debt instruments constitutes economic oppression and a violation of constitutional rights.

3. I understand that refusal to redeem obligations and provide remedy as lawfully demanded constitutes a breach of fiduciary duty and may rise to the level of high treason under Article III, Section 3 of the United States Constitution and 18 U.S.C. § 2381.

4. I stand in full support of the peaceful and lawful redemption of said obligations and the unified demand that the United States Treasury and other public agencies fulfill their constitutional duties.

5. I authorize Kafil Tunsill to include my name in any lawful civil or criminal complaint or demand for remedy arising from this matter, and I affirm that I shall be physically present at the Treasury on May 14–16, 2025, in peaceful assertion of my rights.

6. I make this declaration freely, without coercion, and under penalty of perjury under the laws of the United States of America.

Executed this _5_ day of _May_, 2025.

Name: _Tyrome : McLean_

Signature: _Tyrome : McLean_

Address: _1550 Terrell Mill Rd_

ALL RIGHTS RESERVED
Without Prejudice
UCC 1-308

1

City/State/ZIP: Marietta, Georgia Republic [30067]

Phone/Email (optional): (678) 618-4864 .

NOTARY ACKNOWLEDGMENT:

State of Georgia

County of Cobb

On this 5 day of May , 2025, before me, the undersigned Notary Public, personally appeared Tyrome mcclean , known to me or satisfactorily proven to be the individual whose name is subscribed to the within instrument and acknowledged that he/she executed the same for the purposes therein contained.

In witness whereof, I hereunto set my hand and official seal.

Notary Public

My Commission Expires: 10-23-28

AUTUMN PARKER
Notary Public - State of Georgia
Dekalb County
My Commission Expires Oct 23, 2028

2

# NOTICE OF SUPPORT AND JOINDER BY BENEFICIARY

I, the undersigned, a living beneficiary and peaceful inhabitant of the United States of America, hereby affirm and declare the following:

1. I have read and fully support the "Notice of Intent to Redeem Obligations and Demand for Lawful Remedy" submitted by Kafil Tunsill, Trustee of Serving Humanity Trust, and all claims and demands set forth therein.

2. I understand and affirm that under 12 U.S.C. § 411, all persons have the right to redeem Federal Reserve Notes for lawful money of the United States, and that continued enforcement of fiat debt instruments constitutes economic oppression and a violation of constitutional rights.

3. I understand that refusal to redeem obligations and provide remedy as lawfully demanded constitutes a breach of fiduciary duty and may rise to the level of high treason under Article III, Section 3 of the United States Constitution and 18 U.S.C. § 2381.

4. I stand in full support of the peaceful and lawful redemption of said obligations and the unified demand that the United States Treasury and other public agencies fulfill their constitutional duties.

5. I authorize Kafil Tunsill to include my name in any lawful civil or criminal complaint or demand for remedy arising from this matter, and I affirm that I shall be physically present at the Treasury on May 14–16, 2025, in peaceful assertion of my rights.

6. I make this declaration freely, without coercion, and under penalty of perjury under the laws of the United States of America.

Executed this **5**$^{TH}$ day of **MAY**, 2025.

Name: Noel: Arroyo

Signature: we conway @ ALL Rights Reserved, Without Prejudice.

Address: c/o [177A] EAST MAIN STREET, #F112, NEW Rochelle, New York THE UNITED STATES OF AMERICA. [10801]

1

City/State/ZIP: *New Rochelle, New York Republic [10801]*

Phone/Email (optional): _____

NOTARY ACKNOWLEDGMENT:

State of ___*New York*___
County of ___*Westchester*___

On this _*5th*_ day of ___*May*___, 2025, before me, the undersigned Notary Public, personally appeared ___*Noel Arroyo*___, known to me or satisfactorily proven to be the individual whose name is subscribed to the within instrument and acknowledged that he/she executed the same for the purposes therein contained.

In witness whereof, I hereunto set my hand and official seal.

_____
Notary Public

My Commission Expires: *05/28/2027*

Ousmane Diop
Notary Public State of New York
Registration No. 01DI6392371
Qualified in Westchester County
My Commission Expires May 28, 2027

2

# NOTICE OF SUPPORT AND JOINDER BY BENEFICIARY

I, the undersigned, a living beneficiary and peaceful inhabitant of the United States of America, hereby affirm and declare the following:

1. I have read and fully support the "Notice of Intent to Redeem Obligations and Demand for Lawful Remedy" submitted by Kafil Tunsill, Trustee of Serving Humanity Trust, and all claims and demands set forth therein.

2. I understand and affirm that under 12 U.S.C. § 411, all persons have the right to redeem Federal Reserve Notes for lawful money of the United States, and that continued enforcement of fiat debt instruments constitutes economic oppression and a violation of constitutional rights.

3. I understand that refusal to redeem obligations and provide remedy as lawfully demanded constitutes a breach of fiduciary duty and may rise to the level of high treason under Article III, Section 3 of the United States Constitution and 18 U.S.C. § 2381.

4. I stand in full support of the peaceful and lawful redemption of said obligations and the unified demand that the United States Treasury and other public agencies fulfill their constitutional duties.

5. I authorize Kafil Tunsill to include my name in any lawful civil or criminal complaint or demand for remedy arising from this matter, and I affirm that I shall be physically present at the Treasury on May 14 - 6, 2025 in peaceful assertion of my rights.

6. I make this declaration freely, without coercion, and under penalty of perjury under the laws of the United States of America.

Executed this _5_ day of _May_, 2025.

Name: _Vina: Gist_

Signature: _Vina: Gist_

Address: _C/o 1239 West Rosecrans Ave Apt 20_

City/State/ZIP: Gardena California [90247]

Phone/Email (optional): 818 564-0401  i2truluv@gmail.com

NOTARY ACKNOWLEDGMENT:

State of California

County of Los Angeles

On this 5 day of May , 2025, before me, the undersigned Notary
Public, personally appeared Vina LaJahn Gist , known to me
or satisfactorily proven to be the individual whose name is subscribed to the within
instrument and acknowledged that he/she executed the same for the purposes therein
contained.

In witness whereof, I hereunto set my hand and official seal.

Notary Public

My Commission Expires: 06/10/2027 .

LUZ M. FLORES GARCIA
COMM. #2447946
Notary Public - California
Los Angeles County
My Comm. Expires June 10, 2027

2

# NOTICE OF SUPPORT AND JOINDER BY BENEFICIARY

I, the undersigned, a living beneficiary and peaceful inhabitant of the United States of America, hereby affirm and declare the following:

1. I have read and fully support the "Notice of Intent to Redeem Obligations and Demand for Lawful Remedy" submitted by Kafil Tunsill, Trustee of Serving Humanity Trust, and all claims and demands set forth therein.

2. I understand and affirm that under 12 U.S.C. § 411, all persons have the right to redeem Federal Reserve Notes for lawful money of the United States, and that continued enforcement of fiat debt instruments constitutes economic oppression and a violation of constitutional rights.

3. I understand that refusal to redeem obligations and provide remedy as lawfully demanded constitutes a breach of fiduciary duty and may rise to the level of high treason under Article III, Section 3 of the United States Constitution and 18 U.S.C. § 2381.

4. I stand in full support of the peaceful and lawful redemption of said obligations and the unified demand that the United States Treasury and other public agencies fulfill their constitutional duties.

5. I authorize Kafil Tunsill to include my name in any lawful civil or criminal complaint or demand for remedy arising from this matter, and I affirm that I shall be physically present at the Treasury on May 14–16, 2025, in peaceful assertion of my rights.

6. I make this declaration freely, without coercion, and under penalty of perjury under the laws of the United States of America.

Executed this 2 day of May, 2025.

Name: Latonya Richardson

Signature: _La Sonya V___

Address: 1007 Hemlock Trl, #131

1

City/State/ZIP: _Arlington, TX 76011_

Phone/Email (optional): _(469) 793-3880_

NOTARY ACKNOWLEDGMENT:

State of _Texas_
County of _Tarrant_

On this _2_ day of _May_____, 2025, before me, the undersigned Notary
Public, personally appeared _Latonya Richardson_____, known to me
or satisfactorily proven to be the individual whose name is subscribed to the within
instrument and acknowledged that he/she executed the same for the purposes therein
contained.

In witness whereof, I hereunto set my hand and official seal.

_____
Notary Public

My Commission Expires: _April 10, 2029_

SEBASTIAN RODRIGUEZ
My Notary ID # 135510575
Expires April 10, 2029

2

# NOTICE OF SUPPORT AND JOINDER BY BENEFICIARY

I, the undersigned, a living beneficiary and peaceful inhabitant of the United States of America, hereby affirm and declare the following:

1. I have read and fully support the "Notice of Intent to Redeem Obligations and Demand for Lawful Remedy" submitted by Kafil Tunsill, Trustee of Serving Humanity Trust, and all claims and demands set forth therein.

2. I understand and affirm that under 12 U.S.C. § 411, all persons have the right to redeem Federal Reserve Notes for lawful money of the United States, and that continued enforcement of fiat debt instruments constitutes economic oppression and a violation of constitutional rights.

3. I understand that refusal to redeem obligations and provide remedy as lawfully demanded constitutes a breach of fiduciary duty and may rise to the level of high treason under Article III, Section 3 of the United States Constitution and 18 U.S.C. § 2381.

4. I stand in full support of the peaceful and lawful redemption of said obligations and the unified demand that the United States Treasury and other public agencies fulfill their constitutional duties.

5. I authorize Kafil Tunsill to include my name in any lawful civil or criminal complaint or demand for remedy arising from this matter, and I affirm that I shall be physically present at the Treasury on May 14–16, 2025, in peaceful assertion of my rights.

6. I make this declaration freely, without coercion, and under penalty of perjury under the laws of the United States of America.

Executed this __1__ day of __MAY__, 2025.

Name: __MARIAM HISSEINE__

Signature: ___*Mariam Hisseine*___

Address: ___812 SOCIETY HILL BLVD___

1

City/State/ZIP: CHERRY HILL, NJ 08003

Phone/Email (optional): _____

NOTARY ACKNOWLEDGMENT:

State of FLORIDA

County of ST LUCIE

On this 1 day of MAY, 2025, before me, the undersigned Notary Public, personally appeared MARIAM HISSEINE, known to me or satisfactorily proven to be the individual whose name is subscribed to the within instrument and acknowledged that he/she executed the same for the purposes therein contained.

In witness whereof, I hereunto set my hand and official seal.

Notary Public    Antoinette Robinson, Notary Public

My Commission Expires: 09/07/2028

Antoinette Robinson
Notary Public - State of Florida
Comm. Expires  09-07-2028
Commission # HH526405

Notarized Online with NotaryLive.com

The foregoing instrument was acknowledged before me by

means of physical presence, or X online notarization,

on the 1st day of MAY, 2025 by MARIAM HISSEINE

who provided identification of  NJ DL

2



Notarized by: ANTOINETTE ROBINSON
Time: 2025-05-02 01:10:28 UTC
URL: https://notarylive.com/tu/cdp/3JFJM8
Access ID: 3JFJM8
Pin: TR4H5U

# NOTICE OF SUPPORT AND JOINDER BY BENEFICIARY

I, the undersigned, a living beneficiary and peaceful inhabitant of the United States of America, hereby affirm and declare the following:

1. I have read and fully support the "Notice of Intent to Redeem Obligations and Demand for Lawful Remedy" submitted by Kafil Tunsill, Trustee of Serving Humanity Trust, and all claims and demands set forth therein.

2. I understand and affirm that under 12 U.S.C. § 411, all persons have the right to redeem Federal Reserve Notes for lawful money of the United States, and that continued enforcement of fiat debt instruments constitutes economic oppression and a violation of constitutional rights.

3. I understand that refusal to redeem obligations and provide remedy as lawfully demanded constitutes a breach of fiduciary duty and may rise to the level of high treason under Article III, Section 3 of the United States Constitution and 18 U.S.C. § 2381.

4. I stand in full support of the peaceful and lawful redemption of said obligations and the unified demand that the United States Treasury and other public agencies fulfill their constitutional duties.

5. I authorize Kafil Tunsill to include my name in any lawful civil or criminal complaint or demand for remedy arising from this matter, and I affirm that I shall be physically present at the Treasury on May 14–16, 2025, in peaceful assertion of my rights.

6. I make this declaration freely, without coercion, and under penalty of perjury under the laws of the United States of America.

Executed this _1_ day of _May_ , 2025.

Name: _by Chelee_     _Heather Kohler_

Signature: _by Chll_

Address: _749 Seabright Lane_

1

City/State/ZIP: _Solana Beach CAlifornia Republic_

Phone/Email (optional): _hbekeller@gmail.com_

NOTARY ACKNOWLEDGMENT:

State of ~~Ohio~~ California

County of _San Diego_

On this _1st_ day of _May_____, 2025, before me, the undersigned Notary
Public, personally appeared _Heather Berbakos_____, known to me
or satisfactorily proven to be the individual whose name is subscribed to the within
instrument and acknowledged that he/she executed the same for the purposes therein
contained.

In witness whereof, I hereunto set my hand and official seal.

_Priscilla Marie Perez_
Notary Public

My Commission Expires: _8/19/2028_

PRISCILLA MARIE PEREZ
Comm.# 2497995
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Comm. Exp. Aug. 19, 2028

2

# NOTICE OF SUPPORT AND JOINDER BY BENEFICIARY

I, the undersigned, a living beneficiary and peaceful inhabitant of the United States of America, hereby affirm and declare the following:

1. I have read and fully support the "Notice of Intent to Redeem Obligations and Demand for Lawful Remedy" submitted by Kafil Tunsill, Trustee of Serving Humanity Trust, and all claims and demands set forth therein.

2. I understand and affirm that under 12 U.S.C. § 411, all persons have the right to redeem Federal Reserve Notes for lawful money of the United States, and that continued enforcement of fiat debt instruments constitutes economic oppression and a violation of constitutional rights.

3. I understand that refusal to redeem obligations and provide remedy as lawfully demanded constitutes a breach of fiduciary duty and may rise to the level of high treason under Article III, Section 3 of the United States Constitution and 18 U.S.C. § 2381.

4. I stand in full support of the peaceful and lawful redemption of said obligations and the unified demand that the United States Treasury and other public agencies fulfill their constitutional duties.

5. I authorize Kafil Tunsill to include my name in any lawful civil or criminal complaint or demand for remedy arising from this matter, and I affirm that I shall be physically present at the Treasury on May 14–16, 2025, in peaceful assertion of my rights.

6. I make this declaration freely, without coercion, and under penalty of perjury under the laws of the United States of America.

Executed this _1st_ day of _May_, 2025.

Name: _Kelly Ann Romero Bourque_      _All Rights Reserved w/o Prejudice_

Signature: _Kelly Ann Romero Bour_      _Kelly Romero Bourque_

Address: _2604 W Admiral Doyle Dr. New Iberia, La 70560_

City/State/ZIP: _New Iberia, La 70560_

Phone/Email (optional): _337-380-6183    Kelly.romero1@gmail.com_

NOTARY ACKNOWLEDGMENT:

State of _Louisiana_
County of _Lafayette_

On this _1st_ day of _May_____, 2025, before me, the undersigned Notary
Public, personally appeared _Kelly Ann Romero_____, known to me
or satisfactorily proven to be the individual whose name is subscribed to the within
instrument and acknowledged that he/she executed the same for the purposes therein
contained.

In witness whereof, I hereunto set my hand and official seal.

_Marlo R LeCamus_
Notary Public

My Commission Expires: _N/A - For Life_

MARLO R. LECAMUS
NOTARY PUBLIC
ID#58327

2

# NOTICE OF SUPPORT AND JOINDER BY BENEFICIARY

I, the undersigned, a living beneficiary and peaceful inhabitant of the United States of America, hereby affirm and declare the following:

1. I have read and fully support the "Notice of Intent to Redeem Obligations and Demand for Lawful Remedy" submitted by Kafil Tunsill, Trustee of Serving Humanity Trust, and all claims and demands set forth therein.

2. I understand and affirm that under 12 U.S.C. § 411, all persons have the right to redeem Federal Reserve Notes for lawful money of the United States, and that continued enforcement of fiat debt instruments constitutes economic oppression and a violation of constitutional rights.

3. I understand that refusal to redeem obligations and provide remedy as lawfully demanded constitutes a breach of fiduciary duty and may rise to the level of high treason under Article III, Section 3 of the United States Constitution and 18 U.S.C. § 2381.

4. I stand in full support of the peaceful and lawful redemption of said obligations and the unified demand that the United States Treasury and other public agencies fulfill their constitutional duties.

5. I authorize Kafil Tunsill to include my name in any lawful civil or criminal complaint or demand for remedy arising from this matter, and I affirm that I shall be physically present at the Treasury on May 14–16, 2025, in peaceful assertion of my rights.

6. I make this declaration freely, without coercion, and under penalty of perjury under the laws of the United States of America.

Executed this __1__ day of __May__, 2025.

Name: _By: Yesenia Torres Pere_

Signature: _BY: Y1P, Ben_

Address: _c/o 4 wourberd Avenue_

1

City/State/ZIP: _Daly City, CA [94015]_

Phone/Email (optional): _____

NOTARY ACKNOWLEDGMENT:

State of _California_
County of _San Mateo_

On this _1st_ day of _May_____, 2025, before me, the undersigned Notary
Public, personally appeared _Yesenia Franco_____, known to me
or satisfactorily proven to be the individual whose name is subscribed to the within
instrument and acknowledged that he/she executed the same for the purposes therein
contained.

In witness whereof, I hereunto set my hand and official seal.

_____
Notary Public

My Commission Expires: _Jan. 7 2026_

2

# NOTICE OF SUPPORT AND JOINDER BY BENEFICIARY

I, the undersigned, a living beneficiary and peaceful inhabitant of the United States of America, hereby affirm and declare the following:

1. I have read and fully support the "Notice of Intent to Redeem Obligations and Demand for Lawful Remedy" submitted by Kafil Tunsill, Trustee of Serving Humanity Trust, and all claims and demands set forth therein.

2. I understand and affirm that under 12 U.S.C. § 411, all persons have the right to redeem Federal Reserve Notes for lawful money of the United States, and that continued enforcement of fiat debt instruments constitutes economic oppression and a violation of constitutional rights.

3. I understand that refusal to redeem obligations and provide remedy as lawfully demanded constitutes a breach of fiduciary duty and may rise to the level of high treason under Article III, Section 3 of the United States Constitution and 18 U.S.C. § 2381.

4. I stand in full support of the peaceful and lawful redemption of said obligations and the unified demand that the United States Treasury and other public agencies fulfill their constitutional duties.

5. I authorize Kafil Tunsill to include my name in any lawful civil or criminal complaint or demand for remedy arising from this matter, and I affirm that I shall be physically present at the Treasury on May 14–16, 2025, in peaceful assertion of my rights.

6. I make this declaration freely, without coercion, and under penalty of perjury under the laws of the United States of America.

Executed this _1_ day of _MAY_, 2025.

Name: _Mark Ernest Trejo_

Signature: _[signature]_

Address: _1148 UNION DRIVE SAGINAW TEXAS (76131)_

1

City/State/ZIP: _SAGINAW   TX   76131_

Phone/Email (optional): _682·313   9558_

NOTARY ACKNOWLEDGMENT:

State of _Texas_
County of _Tarrant_

On this 1st day of _May_, 2025, before me, the undersigned Notary Public, personally appeared _Mark Ernest Trejo_, known to me or satisfactorily proven to be the individual whose name is subscribed to the within instrument and acknowledged that he/she executed the same for the purposes therein contained.

In witness whereof, I hereunto set my hand and official seal.

_Carrie Elizabeth Davis_
Notary Public

My Commission Expires: _02/18/2029_

CARRIE ELIZABETH DAVIS
Notary ID #132931611
My Commission Expires
February 18, 2029

2

# NOTICE OF SUPPORT AND JOINDER BY BENEFICIARY

I, the undersigned, a living beneficiary and peaceful inhabitant of the United States of America, hereby affirm and declare the following:

1. I have read and fully support the "Notice of Intent to Redeem Obligations and Demand for Lawful Remedy" submitted by Kafil Tunsill, Trustee of Serving Humanity Trust, and all claims and demands set forth therein.

2. I understand and affirm that under 12 U.S.C. § 411, all persons have the right to redeem Federal Reserve Notes for lawful money of the United States, and that continued enforcement of fiat debt instruments constitutes economic oppression and a violation of constitutional rights.

3. I understand that refusal to redeem obligations and provide remedy as lawfully demanded constitutes a breach of fiduciary duty and may rise to the level of high treason under Article III, Section 3 of the United States Constitution and 18 U.S.C. § 2381.

4. I stand in full support of the peaceful and lawful redemption of said obligations and the unified demand that the United States Treasury and other public agencies fulfill their constitutional duties.

5. I authorize Kafil Tunsill to include my name in any lawful civil or criminal complaint or demand for remedy arising from this matter, and I affirm that I shall be physically present at the Treasury on May 14–16, 2025, in peaceful assertion of my rights.

6. I make this declaration freely, without coercion, and under penalty of perjury under the laws of the United States of America.

Executed this __1ST__ day of __MAY__, 2025.

Name: __TAJ WILLIAMS__

Signature: _____

Address: __4201 MCCLUNG DR. #6__

1

City/State/ZIP: LOS ANGELES, CA 90008

Phone/Email (optional): TEEDUBB@ATT.NET

NOTARY ACKNOWLEDGMENT:

State of CALIFORNIA
County of LOS ANGELES

On this 1ST day of MAY _____, 2025, before me, the undersigned Notary Public, personally appeared TAI WILLIAMS _____, known to me or satisfactorily proven to be the individual whose name is subscribed to the within instrument and acknowledged that he/she executed the same for the purposes therein contained.

In witness whereof, I hereunto set my hand and official seal.

_____
Notary Public

My Commission Expires: MARCH 25, 2029

MARY NATHAN
Notary Public - California
Los Angeles County
Commission # 2515313
My Comm. Expires Mar 25, 2029

# NOTICE OF SUPPORT AND JOINDER BY BENEFICIARY

I, the undersigned, a living beneficiary and peaceful inhabitant of the United States of America, hereby affirm and declare the following:

1. I have read and fully support the "Notice of Intent to Redeem Obligations and Demand for Lawful Remedy" submitted by Kafil Tunsill, Trustee of Serving Humanity Trust, and all claims and demands set forth therein.

2. I understand and affirm that under 12 U.S.C. § 411, all persons have the right to redeem Federal Reserve Notes for lawful money of the United States, and that continued enforcement of fiat debt instruments constitutes economic oppression and a violation of constitutional rights.

3. I understand that refusal to redeem obligations and provide remedy as lawfully demanded constitutes a breach of fiduciary duty and may rise to the level of high treason under Article III, Section 3 of the United States Constitution and 18 U.S.C. § 2381.

4. I stand in full support of the peaceful and lawful redemption of said obligations and the unified demand that the United States Treasury and other public agencies fulfill their constitutional duties.

5. I authorize Kafil Tunsill to include my name in any lawful civil or criminal complaint or demand for remedy arising from this matter, and I affirm that I shall be physically present at the Treasury on May 14–16, 2025, in peaceful assertion of my rights.

6. I make this declaration freely, without coercion, and under penalty of perjury under the laws of the United States of America.

Executed this _1st_ day of _May_, 2025.

Name: _Serina L. Senegar_

Signature: _By: Serina Senegar ARR_

Address: _46 7533 muirfield Loop_

1

City/State/ZIP: _Montgomery, AL 36116_

Phone/Email (optional): _334-414-8011/SerinaCSenegar @gmail.com_

NOTARY ACKNOWLEDGMENT:

State of _Alabama_

County of _Montgomery_

On this _1_ day of _May_, 2025, before me, the undersigned Notary Public, personally appeared _Serina Chavah Senegar_, known to me or satisfactorily proven to be the individual whose name is subscribed to the within instrument and acknowledged that he/she executed the same for the purposes therein contained.

In witness whereof, I hereunto set my hand and official seal.

_(signature)_

Notary Public

My Commission Expires: _08/23/2027_

KALIA MELTON
My Commission Expires
NOTARY
PUBLIC
August 23, 2027
ALABAMA STATE AT LARGE

2

# NOTICE OF SUPPORT AND JOINDER BY BENEFICIARY

I, the undersigned, a living beneficiary and peaceful inhabitant of the United States of America, hereby affirm and declare the following:

1. I have read and fully support the "Notice of Intent to Redeem Obligations and Demand for Lawful Remedy" submitted by Kafil Tunsill, Trustee of Serving Humanity Trust, and all claims and demands set forth therein.

2. I understand and affirm that under 12 U.S.C. § 411, all persons have the right to redeem Federal Reserve Notes for lawful money of the United States, and that continued enforcement of fiat debt instruments constitutes economic oppression and a violation of constitutional rights.

3. I understand that refusal to redeem obligations and provide remedy as lawfully demanded constitutes a breach of fiduciary duty and may rise to the level of high treason under Article III, Section 3 of the United States Constitution and 18 U.S.C. § 2381.

4. I stand in full support of the peaceful and lawful redemption of said obligations and the unified demand that the United States Treasury and other public agencies fulfill their constitutional duties.

5. I authorize Kafil Tunsill to include my name in any lawful civil or criminal complaint or demand for remedy arising from this matter, and I affirm that I shall be physically present at the Treasury on May 14–16, 2025, in peaceful assertion of my rights.

6. I make this declaration freely, without coercion, and under penalty of perjury under the laws of the United States of America.

Executed this _1ST_ day of _MAY_, 2025.

Name: _JERRY TUCKER_

Signature: _Jerry Tucker_

Address: _5803 DIX ST, N.E._

AMERINDIAN OMARI OF TRIBE TUCKER

1

City/State/ZIP: _WASHINGTON, D.C. 20019_

Phone/Email (optional): _N/A_

NOTARY ACKNOWLEDGMENT:

State of _Maryland_
County of _Prince George's_

On this _1st_ day of _May_, 2025, before me, the undersigned Notary Public, personally appeared _Jerry L. Tucker_, known to me or satisfactorily proven to be the individual whose name is subscribed to the within instrument and acknowledged that he/she executed the same for the purposes therein contained.

In witness whereof, I hereunto set my hand and official seal.

_____
Notary Public

My Commission Expires: _01/23/28_

AMBER LOVE
Notary Public - State of Maryland
Prince George's County
My Commission Expires Jan 23, 2028



2

# NOTICE OF SUPPORT AND JOINDER BY BENEFICIARY

I, the undersigned, a living beneficiary and peaceful inhabitant of the United States of America, hereby affirm and declare the following:

1. I have read and fully support the "Notice of Intent to Redeem Obligations and Demand for Lawful Remedy" submitted by Kafil Tunsill, Trustee of Serving Humanity Trust, and all claims and demands set forth therein.

2. I understand and affirm that under 12 U.S.C. § 411, all persons have the right to redeem Federal Reserve Notes for lawful money of the United States, and that continued enforcement of fiat debt instruments constitutes economic oppression and a violation of constitutional rights.

3. I understand that refusal to redeem obligations and provide remedy as lawfully demanded constitutes a breach of fiduciary duty and may rise to the level of high treason under Article III, Section 3 of the United States Constitution and 18 U.S.C. § 2381.

4. I stand in full support of the peaceful and lawful redemption of said obligations and the unified demand that the United States Treasury and other public agencies fulfill their constitutional duties.

5. I authorize Kafil Tunsill to include my name in any lawful civil or criminal complaint or demand for remedy arising from this matter, and I affirm that I shall be physically present at the Treasury on May 14–16, 2025, in peaceful assertion of my rights.

6. I make this declaration freely, without coercion, and under penalty of perjury under the laws of the United States of America.

Executed this 30th day of _____April_____, 2025.

Name: _____Derek John Bleiler_____

Signature: _____

Address: c/o 82312 Bear Creek Road

1

City/State/ZIP: Creswell, Oregon, [97426]

Phone/Email (optional): (503)559-9855 / derekbleiler@hotmail.com

NOTARY ACKNOWLEDGMENT:

State of OREGON

County of Lane

On this 30th day of April , 2025, before me, the undersigned Notary Public, personally appeared Derek John Bleiler , known to me or satisfactorily proven to be the individual whose name is subscribed to the within instrument and acknowledged that he/she executed the same for the purposes therein contained.

In witness whereof, I hereunto set my hand and official seal.

Notary Public

My Commission Expires: 10 /18 /2026

OFFICIAL STAMP
ZACHARY MITCHELL PETRINA
NOTARY PUBLIC-OREGON
COMMISSION NO. 1030151
MY COMMISSION EXPIRES OCTOBER 18, 2026

2

# NOTICE OF SUPPORT AND JOINDER BY BENEFICIARY

I, the undersigned, a living beneficiary and peaceful inhabitant of the United States of America, hereby affirm and declare the following:

1. I have read and fully support the "Notice of Intent to Redeem Obligations and Demand for Lawful Remedy" submitted by Kafil Tunsill, Trustee of Serving Humanity Trust, and all claims and demands set forth therein.

2. I understand and affirm that under 12 U.S.C. § 411, all persons have the right to redeem Federal Reserve Notes for lawful money of the United States, and that continued enforcement of fiat debt instruments constitutes economic oppression and a violation of constitutional rights.

3. I understand that refusal to redeem obligations and provide remedy as lawfully demanded constitutes a breach of fiduciary duty and may rise to the level of high treason under Article III, Section 3 of the United States Constitution and 18 U.S.C. § 2381.

4. I stand in full support of the peaceful and lawful redemption of said obligations and the unified demand that the United States Treasury and other public agencies fulfill their constitutional duties.

5. I authorize Kafil Tunsill to include my name in any lawful civil or criminal complaint or demand for remedy arising from this matter, and I affirm that I shall be physically present at the Treasury on May 14–16, 2025, in peaceful assertion of my rights.

6. I make this declaration freely, without coercion, and under penalty of perjury under the laws of the United States of America.

Executed this _2nd_ day of _May_, 2025.

Name: _Justin Collins_

Signature: _[signature]_

Address: _16511 Farmers Mine Rd_
_Paonia, CO_

1

City/State/ZIP: _Paonia, CO / 81428_

Phone/Email (optional): _____

NOTARY ACKNOWLEDGMENT:

State of _Colorado_
County of _Arapahoe_

On this _2_ day of _May_____, 2025, before me, the undersigned Notary Public, personally appeared _Justin    Collins_____, known to me or satisfactorily proven to be the individual whose name is subscribed to the within instrument and acknowledged that he/she executed the same for the purposes therein contained.

In witness whereof, I hereunto set my hand and official seal.

_____
Notary Public

My Commission Expires: _06/14/2027_

SABIN BHANDARI
NOTARY PUBLIC
State of Colorado
Notary ID # 20234022474
My Commission Expires 06/14/2027

2

# NOTICE OF SUPPORT AND JOINDER BY BENEFICIARY

I, the undersigned, a living beneficiary and peaceful inhabitant of the United States of America, hereby affirm and declare the following:

1. I have read and fully support the "Notice of Intent to Redeem Obligations and Demand for Lawful Remedy" submitted by Kafil Tunsill, Trustee of Serving Humanity Trust, and all claims and demands set forth therein.

2. I understand and affirm that under 12 U.S.C. § 411, all persons have the right to redeem Federal Reserve Notes for lawful money of the United States, and that continued enforcement of fiat debt instruments constitutes economic oppression and a violation of constitutional rights.

3. I understand that refusal to redeem obligations and provide remedy as lawfully demanded constitutes a breach of fiduciary duty and may rise to the level of high treason under Article III, Section 3 of the United States Constitution and 18 U.S.C. § 2382.

4. I stand in full support of the peaceful and lawful redemption of said obligations and the unified demand that the United States Treasury and other public agencies fulfill their constitutional duties.

5. I authorize Kafil Tunsill to include my name in any lawful civil or criminal complaint or demand for remedy arising from this matter, and I affirm that I shall be physically present at the Treasury on May 14–16, 2025, in peaceful assertion of my rights.

6. I make this declaration freely, without coercion, and under penalty of perjury under the laws of the United States of America.

Executed this 2 day of May, 2025.

Name: Louis Earl Zeigler Jr

Signature: By: Louis Earl Zeigler jr, BENEFICIARY

Address: c/o 26026 Telegraph Rd

SIL 200 100.2

City State Zip: South field, MI 48034

Phone Email (optional): leeszeggler, jr 1397@gmail.com

NOTARY ACKNOWLEDGMENT

State of: MI
County of: OAKLAND

On this ___ day of May ____ 2019 before me, the undersigned Notary
Public, personally appeared Lee L Zeigler Jr ____ known to me
or satisfactorily proven to be the individual whose name is subscribed to the within
instrument and acknowledged that he/she executed the same for the purposes therein
contained.

In witness whereof, I hereunto set my hand and official seal

Notary Public

My Commission Expires: 11/01/2020

NADIA _____
NOTARY PUBLIC, STATE OF MI
COUNTY OF OAKLAND
MY COMMISSION EXPIRES Nov 1, 2020
ACTING IN COUNTY OAKLAND 11/01/2020

# NOTICE OF SUPPORT AND JOINDER BY BENEFICIARY

I, the undersigned, a living beneficiary and peaceful inhabitant of the United States of America, hereby affirm and declare the following:

1. I have read and fully support the "Notice of Intent to Redeem Obligations and Demand for Lawful Remedy" submitted by Kafil Tunsill, Trustee of Serving Humanity Trust, and all claims and demands set forth therein.

2. I understand and affirm that under 12 U.S.C. § 411, all persons have the right to redeem Federal Reserve Notes for lawful money of the United States, and that continued enforcement of fiat debt instruments constitutes economic oppression and a violation of constitutional rights.

3. I understand that refusal to redeem obligations and provide remedy as lawfully demanded constitutes a breach of fiduciary duty and may rise to the level of high treason under Article III, Section 3 of the United States Constitution and 18 U.S.C. § 2381.

4. I stand in full support of the peaceful and lawful redemption of said obligations and the unified demand that the United States Treasury and other public agencies fulfill their constitutional duties.

5. ~~I authorize Kafil Tunsill to include my name in any lawful civil or criminal complaint or demand for remedy arising from this matter, and I affirm that I shall be physically present at the Treasury on May 14-16, 2025, in peaceful assertion of my rights.~~  *DLS ·2·MAY·2025*

6. I make this declaration freely, without coercion, and under penalty of perjury under the laws of the United States of America.

Executed this 2nd day of May, 2025.

Name: Desiree-lee: Salthill, agent

Signature: _____ , agent

Address: c/o 1202 Temple Sq   Non-domestic w/o U.S.

*Amended point: I support peaceful pursuit of remedy and authorize my name to be included. I do not waive any rights or remedies as the beneficiary of my Estate, nor do I intend to be physically present in D.C. during this process.*

City/State/ZIP: _San Antonio, Texas Republic near 78425_

Phone/Email (optional): _trustinspace @gmail.com_

NOTARY ACKNOWLEDGMENT:

State of _Texas_
County of _Bexar_

On this _2nd_ day of _May_, 2025, before me, the undersigned Notary
Public, personally appeared _Desiree Lee Salthill_, known to me
or satisfactorily proven to be the individual whose name is subscribed to the within
instrument and acknowledged that he/she executed the same for the purposes therein
contained.

In witness whereof, I hereunto set my hand and official seal.

_____
Notary Public

My Commission Expires: _April 29, 2026_

MELANIE LOSOYA
Notary Public, State of Texas
NOTARY ID # 13373631-3
My Commission Exp 04-29-26

2

# NOTICE OF SUPPORT AND JOINDER BY BENEFICIARY

I, the undersigned, a living beneficiary and peaceful inhabitant of the United States of America, hereby affirm and declare the following:

1. I have read and fully support the "Notice of Intent to Redeem Obligations and Demand for Lawful Remedy" submitted by Kafil Tunsill, Trustee of Serving Humanity Trust, and all claims and demands set forth therein.

2. I understand and affirm that under 12 U.S.C. § 411. all persons have the right to redeem Federal Reserve Notes for lawful money of the United States, and that continued enforcement of fiat debt instruments constitutes economic oppression and a violation of constitutional rights.

3. I understand that refusal to redeem obligations and provide remedy as lawfully demanded constitutes a breach of fiduciary duty and may rise to the level of high treason under Article III, Section 3 of the United States Constitution and 18 U.S.C. § 2381.

4. I stand in full support of the peaceful and lawful redemption of said obligations and the unified demand that the United States Treasury and other public agencies fulfill their constitutional duties.

5. I authorize Kafil Tunsill to include my name in any lawful civil or criminal complaint or demand for remedy arising from this matter, and I affirm that I shall be physically present at the Treasury on May 14–16, 2025, in peaceful assertion of my rights.

6. I make this declaration freely, without coercion, and under penalty of perjury under the laws of the United States of America.

Executed this _2_ day of _May_ , 2025.

Name: _DAMIAN S. GREENLEA_

Signature: _Greenlea_

Address: _17837 1st Ave South # 729 Normandy Park WA 98148_

1

City/State/ZIP: _Normandy Park, WA, 98148_

Phone/Email (optional): _206 - 775 - 1842_

NOTARY ACKNOWLEDGMENT:

State of _Washington_
County of _King_

On this _2nd_ day of _May_____, 2025, before me, the undersigned Notary
Public, personally appeared _Davian Greenlea_____, known to me
or satisfactorily proven to be the individual whose name is subscribed to the within
instrument and acknowledged that he/she executed the same for the purposes therein
contained.

In witness whereof, I hereunto set my hand and official seal.

_____
Notary Public

My Commission Expires: _10-07-28_

```
BIWAS POKHREL
NOTARY PUBLIC #24030513
STATE OF WASHINGTON
MY COMMISSION EXPIRES
10-07-28
```

2

# NOTICE OF SUPPORT AND JOINDER BY BENEFICIARY

I, the undersigned, a living beneficiary and peaceful inhabitant of the United States of America, hereby affirm and declare the following:

1. I have read and fully support the "Notice of Intent to Redeem Obligations and Demand for Lawful Remedy" submitted by Kafil Tunsill, Trustee of Serving Humanity Trust, and all claims and demands set forth therein.

2. I understand and affirm that under 12 U.S.C. § 411, all persons have the right to redeem Federal Reserve Notes for lawful money of the United States, and that continued enforcement of fiat debt instruments constitutes economic oppression and a violation of constitutional rights.

3. I understand that refusal to redeem obligations and provide remedy as lawfully demanded constitutes a breach of fiduciary duty and may rise to the level of high treason under Article III, Section 3 of the United States Constitution and 18 U.S.C. § 2381.

4. I stand in full support of the peaceful and lawful redemption of said obligations and the unified demand that the United States Treasury and other public agencies fulfill their constitutional duties.

5. I authorize Kafil Tunsill to include my name in any lawful civil or criminal complaint or demand for remedy arising from this matter, and I affirm that I shall be physically present at the Treasury on May 14–16, 2025, in peaceful assertion of my rights.

6. I make this declaration freely, without coercion, and under penalty of perjury under the laws of the United States of America.

Executed this __1__ day of __May__ , 2025.

Name: _Monica A. Parra_

Signature: _____

Address: _6825 Greenhurst St, Houston, TX 49091_

City/State/ZIP: _Houston, TX 77091_

Phone/Email (optional): _parra6813@yahoo.com_

NOTARY ACKNOWLEDGMENT:

State of _Texas_
County of _Harris_

On this _1_ day of _May_____, 2025, before me, the undersigned Notary
Public, personally appeared _Monica Ann Parra_____, known to me
or satisfactorily proven to be the individual whose name is subscribed to the within
instrument and acknowledged that he/she executed the same for the purposes therein
contained.

In witness whereof I hereunto set my hand and official seal.

_____
Notary Public

My Commission Expires: _Aug. 11, 2026_

ANGELLICA HENRY
Notary ID #133903052
My Commission Expires
August 11, 2026

2

# NOTICE OF SUPPORT AND JOINDER BY BENEFICIARY

I, the undersigned, a living beneficiary and peaceful inhabitant of the United States of America, hereby affirm and declare the following:

1. I have read and fully support the "Notice of Intent to Redeem Obligations and Demand for Lawful Remedy" submitted by Kafil Tunsill, Trustee of Serving Humanity Trust, and all claims and demands set forth therein.

2. I understand and affirm that under 12 U.S.C. § 411, all persons have the right to redeem Federal Reserve Notes for lawful money of the United States, and that continued enforcement of fiat debt instruments constitutes economic oppression and a violation of constitutional rights.

3. I understand that refusal to redeem obligations and provide remedy as lawfully demanded constitutes a breach of fiduciary duty and may rise to the level of high treason under Article III, Section 3 of the United States Constitution and 18 U.S.C. § 2381.

4. I stand in full support of the peaceful and lawful redemption of said obligations and the unified demand that the United States Treasury and other public agencies fulfill their constitutional duties.

5. I authorize Kafil Tunsill to include my name in any lawful civil or criminal complaint or demand for remedy arising from this matter, and I affirm that I shall be physically present at the Treasury on May 14–16, 2025, in peaceful assertion of my rights.

6. I make this declaration freely, without coercion, and under penalty of perjury under the laws of the United States of America.

Executed this _2_ day of _May_ , 2025.

Name: _Kili Woods_

Signature: _Kili Woods_

Address: _607 Heather Trl. Apt 1311_

1

City/State/ZIP: _Arlington TX, 76011_

Phone/Email (optional): _(214)315-7286_

NOTARY ACKNOWLEDGMENT:

State of _Texas_
County of _Tarrant_

On this _2_ day of _May_, 2025, before me, the undersigned Notary Public, personally appeared _Kelli Woods_, known to me or satisfactorily proven to be the individual whose name is subscribed to the within instrument and acknowledged that he/she executed the same for the purposes therein contained.

In witness whereof, I hereunto set my hand and official seal.

_____
Notary Public

My Commission Expires: _April 10, 2029_

SEBASTIAN RODRIGUEZ
My Notary ID # 135510575
Expires April 10, 2029

2

# NOTICE OF SUPPORT AND JOINDER BY BENEFICIARY

I, the undersigned, a living beneficiary and peaceful inhabitant of the United States of America, hereby affirm and declare the following:

1. I have read and fully support the "Notice of Intent to Redeem Obligations and Demand for Lawful Remedy" submitted by Kafil Tunsill, Trustee of Serving Humanity Trust, and all claims and demands set forth therein.

2. I understand and affirm that under 12 U.S.C. § 411, all persons have the right to redeem Federal Reserve Notes for lawful money of the United States, and that continued enforcement of fiat debt instruments constitutes economic oppression and a violation of constitutional rights.

3. I understand that refusal to redeem obligations and provide remedy as lawfully demanded constitutes a breach of fiduciary duty and may rise to the level of high treason under Article III, Section 3 of the United States Constitution and 18 U.S.C. § 2381.

4. I stand in full support of the peaceful and lawful redemption of said obligations and the unified demand that the United States Treasury and other public agencies fulfill their constitutional duties.

5. I authorize Kafil Tunsill to include my name in any lawful civil or criminal complaint or demand for remedy arising from this matter, and I affirm that I shall be physically present at the Treasury on May 14–16, 2025, in peaceful assertion of my rights.

6. I make this declaration freely, without coercion, and under penalty of perjury under the laws of the United States of America.

Executed this _02_ day of _May_ , 2025.

Name: _Joe Ramirez_

Signature: _____

Address: _3 Hartley CT_

1

City/State/ZIP: _New Rochelle NY 10801_

Phone/Email (optional): _646 - 243 - 7176_

NOTARY ACKNOWLEDGMENT:

State of _New York_

County of _Westchester_

On this _2nd_ day of _May_, 2025, before me, the undersigned Notary Public, personally appeared _____, known to me or satisfactorily proven to be the individual whose name is subscribed to the within instrument and acknowledged that he/she executed the same for the purposes therein contained.

In witness whereof, I hereunto set my hand and official seal.

_____
Notary Public

My Commission Expires: _____

MARCOS TIMANA
NOTARY PUBLIC- STATE OF NEW YORK
No. 01TI604408
QUALIFIED IN WESTCHESTER COUNTY
MY COMISSION EXPIRES 06/26/2028

2

# NOTICE OF SUPPORT AND JOINDER BY BENEFICIARY

I, the undersigned, a living beneficiary and peaceful inhabitant of the United States of America, hereby affirm and declare the following:

1. I have read and fully support the "Notice of Intent to Redeem Obligations and Demand for Lawful Remedy" submitted by Kafil Tunsill, Trustee of Serving Humanity Trust, and all claims and demands set forth therein.

2. I understand and affirm that under 12 U.S.C. § 411, all persons have the right to redeem Federal Reserve Notes for lawful money of the United States, and that continued enforcement of fiat debt instruments constitutes economic oppression and a violation of constitutional rights.

3. I understand that refusal to redeem obligations and provide remedy as lawfully demanded constitutes a breach of fiduciary duty and may rise to the level of high treason under Article III, Section 3 of the United States Constitution and 18 U.S.C. § 2381.

4. I stand in full support of the peaceful and lawful redemption of said obligations and the unified demand that the United States Treasury and other public agencies fulfill their constitutional duties.

5. I authorize Kafil Tunsill to include my name in any lawful civil or criminal complaint or demand for remedy arising from this matter, and I affirm that I shall be physically present at the Treasury on May 14–16, 2025, in peaceful assertion of my rights.

6. I make this declaration freely, without coercion, and under penalty of perjury under the laws of the United States of America.

Executed this _1_ day of _May_, 2025.

Name: _Lisa Kempton_

Signature: _Lisa Kempton_

Address: _3178 E Warbler Rd_

City/State/ZIP: _Gilbert, AZ 85297_

Phone/Email (optional): _480 586 8802 - thisgrillia@yahoo.com_

NOTARY ACKNOWLEDGMENT

State of _Arizona_ _____ County of _Pinal_ _____

On this _1st_ day of _May_ _____, 2025, before me, the undersigned Notary Public, personally appeared _Lisa Kempton_ _____, known to me or satisfactorily proven to be the individual whose name is subscribed to the within instrument and acknowledged that he/she executed the same for the purposes therein contained.

In witness whereof, I hereunto set my hand and official seal.

_____ Notary Public

My Commission Expires: _10/23/2026_

2

# NOTICE OF SUPPORT AND JOINDER BY BENEFICIARY

I, the undersigned, a living beneficiary and peaceful inhabitant of the United States of America, hereby affirm and declare the following:

1. I have read and fully support the "Notice of Intent to Redeem Obligations and Demand for Lawful Remedy" submitted by Kafil Tunsill, Trustee of Serving Humanity Trust, and all claims and demands set forth therein.

2. I understand and affirm that under 12 U.S.C. § 411, all persons have the right to redeem Federal Reserve Notes for lawful money of the United States, and that continued enforcement of fiat debt instruments constitutes economic oppression and a violation of constitutional rights.

3. I understand that refusal to redeem obligations and provide remedy as lawfully demanded constitutes a breach of fiduciary duty and may rise to the level of high treason under Article III, Section 3 of the United States Constitution and 18 U.S.C. § 2381.

4. I stand in full support of the peaceful and lawful redemption of said obligations and the unified demand that the United States Treasury and other public agencies fulfill their constitutional duties.

5. I authorize Kafil Tunsill to include my name in any lawful civil or criminal complaint or demand for remedy arising from this matter, and I affirm that I shall be physically present at the Treasury on May 14–16, 2025, in peaceful assertion of my rights.

6. I make this declaration freely, without coercion, and under penalty of perjury under the laws of the United States of America.

Executed this 2 day of May , 2025.

Name: Ahmaya Edwards

Signature: _____

Address: 525 Palimino Pass Munroe GA 30655

1

City/State/ZIP: Monroe, GA 30655

Phone/Email (optional): 678-702-3839
Ahmaya edwards@gmail.com

NOTARY ACKNOWLEDGMENT:

State of Georgia
County of Walton

On this 2 day of May _____, 2025, before me, the undersigned Notary Public, personally appeared Ahmaya Edwards _____, known to me or satisfactorily proven to be the individual whose name is subscribed to the within instrument and acknowledged that he/she executed the same for the purposes therein contained.

In witness whereof, I hereunto set my hand and official seal.

Mary Gordon
Notary Public

My Commission Expires: 03/18/2029

Mary Gordon
NOTARY PUBLIC
WALTON COUNTY, GEORGIA
My Commission Expires 03/18/2029

# NOTICE OF SUPPORT AND JOINDER BY BENEFICIARY

I, the undersigned, a living beneficiary and peaceful inhabitant of the United States of America, hereby affirm and declare the following:

1. I have read and fully support the "Notice of Intent to Redeem Obligations and Demand for Lawful Remedy" submitted by Kafil Tunsill, Trustee of Serving Humanity Trust, and all claims and demands set forth therein.

2. I understand and affirm that under 12 U.S.C. § 411, all persons have the right to redeem Federal Reserve Notes for lawful money of the United States, and that continued enforcement of fiat debt instruments constitutes economic oppression and a violation of constitutional rights.

3. I understand that refusal to redeem obligations and provide remedy as lawfully demanded constitutes a breach of fiduciary duty and may rise to the level of high treason under Article III, Section 3 of the United States Constitution and 18 U.S.C. § 2381.

4. I stand in full support of the peaceful and lawful redemption of said obligations and the unified demand that the United States Treasury and other public agencies fulfill their constitutional duties.

5. I authorize Kafil Tunsill to include my name in any lawful civil or criminal complaint or demand for remedy arising from this matter, and I affirm that I shall be physically present at the Treasury on May 14–16, 2025, in peaceful assertion of my rights.

6. I make this declaration freely, without coercion, and under penalty of perjury under the laws of the United States of America.

Executed this _6_ day of _May_ , 2025.

Name: _Ericka Yeston_

Signature: _By: Ericka - A. Yeston_

Address: _1701 Lakeshore Blvd apt 503_

1

City/State/ZIP: _Jay, Fl. 32210_

Phone/Email (optional): _(904) 586-5320_

NOTARY ACKNOWLEDGMENT:

State of _Florida_

County of _Duval_

On this _06_ day of _May_, 2025, before me, the undersigned Notary
Public, personally appeared _Ericka Briton_, known to me
or satisfactorily proven to be the individual whose name is subscribed to the within
instrument and acknowledged that he/she executed the same for the purposes therein
contained.

In witness whereof, I hereunto set my hand and official seal.

_Cheryl Frazier_

_____
Notary Public

My Commission Expires: _July 01 2025_

CHERYL FRAZIER
Notary Public - State of Florida
Commission # HH 147875
My Comm. Expires Jul 1, 2025

2

# NOTICE OF SUPPORT AND JOINDER BY BENEFICIARY

I, the undersigned, a living beneficiary and peaceful inhabitant of the United States of America, hereby affirm and declare the following:

1. I have read and fully support the "Notice of Intent to Redeem Obligations and Demand for Lawful Remedy" submitted by Kafil Tunsill, Trustee of Serving Humanity Trust, and all claims and demands set forth therein.

2. I understand and affirm that under 12 U.S.C. § 411, all persons have the right to redeem Federal Reserve Notes for lawful money of the United States, and that continued enforcement of fiat debt instruments constitutes economic oppression and a violation of constitutional rights.

3. I understand that refusal to redeem obligations and provide remedy as lawfully demanded constitutes a breach of fiduciary duty and may rise to the level of high treason under Article III, Section 3 of the United States Constitution and 18 U.S.C. § 2381.

4. I stand in full support of the peaceful and lawful redemption of said obligations and the unified demand that the United States Treasury and other public agencies fulfill their constitutional duties.

5. I authorize Kafil Tunsill to include my name in any lawful civil or criminal complaint or demand for remedy arising from this matter, and I affirm that I shall be physically present at the Treasury on May 14–16, 2025, in peaceful assertion of my rights.

6. I make this declaration freely, without coercion, and under penalty of perjury under the laws of the United States of America.

Executed this _6_ day of _May_, 2025.

Name: ARMON SENEGAR

Signature: By: Snenegar; Cmmn -C. ARR

Address: 7533 Muirfield Loop

1

City/State/ZIP: _Montgomery / Alabama / 36116_

Phone/Email (optional): _334 - 235-4762_

NOTARY ACKNOWLEDGMENT:

State of _Alabama_

County of _Montgomery_

On this _6_ day of _May_, 2025, before me, the undersigned Notary Public, personally appeared _Armon Sonagar_, known to me or satisfactorily proven to be the individual whose name is subscribed to the within instrument and acknowledged that he/she executed the same for the purposes therein contained.

In witness whereof, I hereunto set my hand and official seal.

_____

Notary Public

My Commission Expires: _August 23, 2027_

[Notary Seal: KALIA MELTON / My Commission Expires / NOTARY PUBLIC / August 23, 2027 / ALABAMA STATE AT LARGE]

2

# NOTICE OF SUPPORT AND JOINDER BY BENEFICIARY

I, the undersigned, a living beneficiary and peaceful inhabitant of the United States of America, hereby affirm and declare the following:

1. I have read and fully support the "Notice of Intent to Redeem Obligations and Demand for Lawful Remedy" submitted by Kafil Tunsill, Trustee of Serving Humanity Trust, and all claims and demands set forth therein.

2. I understand and affirm that under 12 U.S.C. § 411, all persons have the right to redeem Federal Reserve Notes for lawful money of the United States, and that continued enforcement of fiat debt instruments constitutes economic oppression and a violation of constitutional rights.

3. I understand that refusal to redeem obligations and provide remedy as lawfully demanded constitutes a breach of fiduciary duty and may rise to the level of high treason under Article III, Section 3 of the United States Constitution and 18 U.S.C. § 2381.

4. I stand in full support of the peaceful and lawful redemption of said obligations and the unified demand that the United States Treasury and other public agencies fulfill their constitutional duties.

5. I authorize Kafil Tunsill to include my name in any lawful civil or criminal complaint or demand for remedy arising from this matter, and I affirm that I shall be physically present at the Treasury on May 14–16, 2025, in peaceful assertion of my rights.

6. I make this declaration freely, without coercion, and under penalty of perjury under the laws of the United States of America.

Executed this 6 day of MAY, 2025.

Name: _Tyru D Nelson_

Signature: _Tyru G. Nelson_

Address: _19177 S. Lyons Rd. Ore. City Ore. 9704_

1

City/State/ZIP: _ORRE CITY ORRE. 97045_

Phone/Email (optional): _TyRUS JANR NElbON @ yAHoo . Com._

NOTARY ACKNOWLEDGMENT:

State of _Oregon_
County of _Clackamas_

On this _6th_ day of _May_ _____, 2025, before me, the undersigned Notary
Public, personally appeared _Tyrus G. Nelson_ _____, known to me
or satisfactorily proven to be the individual whose name is subscribed to the within
instrument and acknowledged that he/she executed the same for the purposes therein
contained.

In witness whereof, I hereunto set my hand and official seal.

_____
Notary Public

My Commission Expires: _Nov. 11th, 2028_

OFFICIAL STAMP
ROSALIO GAONA MARTINEZ
NOTARY PUBLIC - OREGON
COMMISSION NO. 1053426
MY COMMISSION EXPIRES NOVEMBER 11, 2028

2

# NOTICE OF SUPPORT AND JOINDER BY BENEFICIARY

I, the undersigned, a living beneficiary and peaceful inhabitant of the United States of America, hereby affirm and declare the following:

1. I have read and fully support the "Notice of Intent to Redeem Obligations and Demand for Lawful Remedy" submitted by Kafil Tunsill, Trustee of Serving Humanity Trust, and all claims and demands set forth therein.

2. I understand and affirm that under 12 U.S.C. § 411, all persons have the right to redeem Federal Reserve Notes for lawful money of the United States, and that continued enforcement of fiat debt instruments constitutes economic oppression and a violation of constitutional rights.

3. I understand that refusal to redeem obligations and provide remedy as lawfully demanded constitutes a breach of fiduciary duty and may rise to the level of high treason under Article III, Section 3 of the United States Constitution and 18 U.S.C. § 2381.

4. I stand in full support of the peaceful and lawful redemption of said obligations and the unified demand that the United States Treasury and other public agencies fulfill their constitutional duties.

5. I authorize Kafil Tunsill to include my name in any lawful civil or criminal complaint or demand for remedy arising from this matter, and I affirm that I shall be physically present at the Treasury on May 14–16, 2025, in peaceful assertion of my rights.

6. I make this declaration freely, without coercion, and under penalty of perjury under the laws of the United States of America.

Executed this __6th__ day of __May__, 2025.

Name: _Daniel Lockhart_

Signature: _Daniel Lockhart_

Address: _C/O 335 E Albertoni st. ste. 200 #87_

Scanned with

City/State/ZIP: Carson,California,[90746]

Phone/Email (optional): 2132742124

NOTARY ACKNOWLEDGMENT:

State of California
County of Los Angeles

On this 6th day of May , 2025, before me, the undersigned Notary Public, personally appeared Daniel Jamie Lockhart , known to me or satisfactorily proven to be the individual whose name is subscribed to the within instrument and acknowledged that he/she executed the same for the purposes therein contained.

In witness whereof, I hereunto set my hand and official seal.

Tunde E. Shodiya

Notary Public

My Commission Expires: Jan 16, 2029

TUNDE E. SHODIYA
Notary Public - California
Los Angeles County
Commission # 2507366
My Comm. Expires Jan 16, 2029

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California    County of Los Angeles
On 5/06/2025 before me Tunde E. Shodiya , Notary Public personally appeared Daniel Jamie Lockhart who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

# NOTICE OF SUPPORT AND JOINDER BY BENEFICIARY

I, the undersigned, a living beneficiary and peaceful inhabitant of the United States of America, hereby affirm and declare the following:

1. I have read and fully support the "Notice of Intent to Redeem Obligations and Demand for Lawful Remedy" submitted by Kafil Tunsill, Trustee of Serving Humanity Trust, and all claims and demands set forth therein.

2. I understand and affirm that under 12 U.S.C. § 411, all persons have the right to redeem Federal Reserve Notes for lawful money of the United States, and that continued enforcement of fiat debt instruments constitutes economic oppression and a violation of constitutional rights.

3. I understand that refusal to redeem obligations and provide remedy as lawfully demanded constitutes a breach of fiduciary duty and may rise to the level of high treason under Article III, Section 3 of the United States Constitution and 18 U.S.C. § 2381.

4. I stand in full support of the peaceful and lawful redemption of said obligations and the unified demand that the United States Treasury and other public agencies fulfill their constitutional duties.

5. I authorize Kafil Tunsill to include my name in any lawful civil or criminal complaint or demand for remedy arising from this matter, and I affirm that I shall be physically present at the Treasury on May 14–16, 2025, in peaceful assertion of my rights.

6. I make this declaration freely, without coercion, and under penalty of perjury under the laws of the United States of America.

Executed this _3rd_ day of _May_, 2025.

Name: _Alton Earl Harrison Jr_

Signature: _Alton /Earl: Harrison, Jr_

Address: _60 O St NW Washington DC 20001_

1

City/State/ZIP: _Washington DC 20001_

Phone/Email (optional): _202 713 4983_

NOTARY ACKNOWLEDGMENT:

State of _DC_

County of _District of Columbia_

On this _3rd_ day of _May_____, 2025, before me, the undersigned Notary Public, personally appeared _Alton/Earl. Harrison, Jr_____, known to me or satisfactorily proven to be the individual whose name is subscribed to the within instrument and acknowledged that he/she executed the same for the purposes therein contained.

In witness whereof, I hereunto set my hand and official seal.

_Janice Wample_

Notary Public

My Commission Expires: _10/31/2028_

District of Columbia
Signed and sworn to (or affirmed) before me on
_5/3/2025_ by _____
Date          Name(s) of individual(s) making statement
_Janice Wample_
Signature of Notarial Officer
_Notary Public_
Title of Office
My commission expires: _10/31/2028_

2

# NOTICE OF SUPPORT AND JOINDER BY BENEFICIARY

I, the undersigned, a living beneficiary and peaceful inhabitant of the United States of America, hereby affirm and declare the following:

1. I have read and fully support the "Notice of Intent to Redeem Obligations and Demand for Lawful Remedy" submitted by Kafil Tunsill, Trustee of Serving Humanity Trust, and all claims and demands set forth therein.

2. I understand and affirm that under 12 U.S.C. § 411, all persons have the right to redeem Federal Reserve Notes for lawful money of the United States, and that continued enforcement of fiat debt instruments constitutes economic oppression and a violation of constitutional rights.

3. I understand that refusal to redeem obligations and provide remedy as lawfully demanded constitutes a breach of fiduciary duty and may rise to the level of high treason under Article III, Section 3 of the United States Constitution and 18 U.S.C. § 2381.

4. I stand in full support of the peaceful and lawful redemption of said obligations and the unified demand that the United States Treasury and other public agencies fulfill their constitutional duties.

5. I authorize Kafil Tunsill to include my name in any lawful civil or criminal complaint or demand for remedy arising from this matter, and I affirm that I shall be physically present at the Treasury on May 14–16, 2025, in peaceful assertion of my rights.

6. I make this declaration freely, without coercion, and under penalty of perjury under the laws of the United States of America.

Executed this 7th day of May, 2025.

Name: LaTonda Dandridge

Signature: LaTonda Dandridge

Address: 4410 W. Union Hills Dr 7-#218

1

City/State/ZIP: _Glendale Az 85308_

Phone/Email (optional): _(480) 283-5848_

NOTARY ACKNOWLEDGMENT:

State of _Az_
County of _MARICOPA_

On this _7TH_ day of _MAY_, 2025, before me, the undersigned Notary Public, personally appeared _LATONDA DANDRIDGE_, known to me or satisfactorily proven to be the individual whose name is subscribed to the within instrument and acknowledged that he/she executed the same for the purposes therein contained.

In witness whereof, I hereunto set my hand and official seal.

_____
Notary Public

My Commission Expires: _6-25-2027_

MERCEDES VANKOTEN
Notary Public · Arizona
Maricopa County
Commission # 650297
My Comm. Expires Jun 25, 2027

2

# NOTICE OF SUPPORT AND JOINDER BY BENEFICIARY

I, the undersigned, a living beneficiary and peaceful inhabitant of the United States of America, hereby affirm and declare the following:

1. I have read and fully support the "Notice of Intent to Redeem Obligations and Demand for Lawful Remedy" submitted by Kafil Tunsill, Trustee of Serving Humanity Trust, and all claims and demands set forth therein.

2. I understand and affirm that under 12 U.S.C. § 411, all persons have the right to redeem Federal Reserve Notes for lawful money of the United States, and that continued enforcement of fiat debt instruments constitutes economic oppression and a violation of constitutional rights.

3. I understand that refusal to redeem obligations and provide remedy as lawfully demanded constitutes a breach of fiduciary duty and may rise to the level of high treason under Article III, Section 3 of the United States Constitution and 18 U.S.C. § 2381.

4. I stand in full support of the peaceful and lawful redemption of said obligations and the unified demand that the United States Treasury and other public agencies fulfill their constitutional duties.

5. I authorize Kafil Tunsill to include my name in any lawful civil or criminal complaint or demand for remedy arising from this matter, and I affirm that I shall be physically present at the Treasury on May 14–16, 2025, in peaceful assertion of my rights.

6. I make this declaration freely, without coercion, and under penalty of perjury under the laws of the United States of America.

Executed this _7_ day of _MAY_ , 2025.

Name: _BENJAMIN DANDRIDGE 3RD_

Signature: _Benj Dandridge III_

Address: _4410 W. UNION Hills Dr. 7 #218_

1

City/State/ZIP: _Glendale, AZ  85308_

Phone/Email (optional): _1-480-560-2456_

NOTARY ACKNOWLEDGMENT:

State of _____ _AZ_ _____

County of _MARICOPA_ _____

On this _7_ᵗʰ day of ___ _MAY_ ___, 2025, before me, the undersigned Notary Public, personally appeared ___ _BENJAMIN  DANDRIDGE_ ___, known to me or satisfactorily proven to be the individual whose name is subscribed to the within instrument and acknowledged that he/she executed the same for the purposes therein contained.

In witness whereof, I hereunto set my hand and official seal.

_____

Notary Public

My Commission Expires: _6-25-2027_

MERCEDES VANKOTEN
Notary Public - Arizona
Maricopa County
Commission # 650297
My Comm. Expires Jun 25, 2027

2

# NOTICE OF SUPPORT AND JOINDER BY BENEFICIARY

I, the undersigned, a living beneficiary and peaceful inhabitant of the United States of America, hereby affirm and declare the following:

1. I have read and fully support the "Notice of Intent to Redeem Obligations and Demand for Lawful Remedy" submitted by Kafil Tunsill, Trustee of Serving Humanity Trust, and all claims and demands set forth therein.

2. I understand and affirm that under 12 U.S.C. § 411, all persons have the right to redeem Federal Reserve Notes for lawful money of the United States, and that continued enforcement of fiat debt instruments constitutes economic oppression and a violation of constitutional rights.

3. I understand that refusal to redeem obligations and provide remedy as lawfully demanded constitutes a breach of fiduciary duty and may rise to the level of high treason under Article III, Section 3 of the United States Constitution and 18 U.S.C. § 2381.

4. I stand in full support of the peaceful and lawful redemption of said obligations and the unified demand that the United States Treasury and other public agencies fulfill their constitutional duties.

5. I authorize Kafil Tunsill to include my name in any lawful civil or criminal complaint or demand for remedy arising from this matter, and I affirm that I shall be physically present at the Treasury on May 14–16, 2025, in peaceful assertion of my rights.

6. I make this declaration freely, without coercion, and under penalty of perjury under the laws of the United States of America.

Executed this 7th day of MAY , 2025.

Name: Emily L. BARZIN

Signature: _____

Address: 101 BRAZIEL HEIGHTS RD

1

City/State/ZIP: KERHONKSON NY 12446

Phone/Email (optional): Emilybarzin@AOL.com
845·546·4325

NOTARY ACKNOWLEDGMENT:

State of New York
County of Ulster

On this 7th day of May, 2025, before me, the undersigned Notary
Public, personally appeared Emily Barzin, known to me
or satisfactorily proven to be the individual whose name is subscribed to the within
instrument and acknowledged that he/she executed the same for the purposes therein
contained.

In witness whereof, I hereunto set my hand and official seal.

_____
Notary Public

NATALIE GEORGE
Notary Public, State of New York
Reg. # 01GE0008856
Qualified in Ulster County
Commission Expires May 31, 2027

My Commission Expires: 5-31-2027

2

# NOTICE OF SUPPORT AND JOINDER BY BENEFICIARY

I, the undersigned, a living beneficiary and peaceful inhabitant of the United States of America, hereby affirm and declare the following:

1. I have read and fully support the "Notice of Intent to Redeem Obligations and Demand for Lawful Remedy" submitted by Kafil Tunsill, Trustee of Serving Humanity Trust, and all claims and demands set forth therein.

2. I understand and affirm that under 12 U.S.C. § 411, all persons have the right to redeem Federal Reserve Notes for lawful money of the United States, and that continued enforcement of fiat debt instruments constitutes economic oppression and a violation of constitutional rights.

3. I understand that refusal to redeem obligations and provide remedy as lawfully demanded constitutes a breach of fiduciary duty and may rise to the level of high treason under Article III, Section 3 of the United States Constitution and 18 U.S.C. § 2381.

4. I stand in full support of the peaceful and lawful redemption of said obligations and the unified demand that the United States Treasury and other public agencies fulfill their constitutional duties.

5. I authorize Kafil Tunsill to include my name in any lawful civil or criminal complaint or demand for remedy arising from this matter, and I affirm that I shall be physically present at the Treasury on May 14–16, 2025, in peaceful assertion of my rights.

6. I make this declaration freely, without coercion, and under penalty of perjury under the laws of the United States of America.

Executed this 8 day of May, 2025.

Name: Alicia Cooks

Signature: Alicia Cooks

Address: 387 University Dr.
Waldorf MD 20602

City/State/ZIP

Phone/Email (optional):

## NOTARY ACKNOWLEDGMENT

State of Maryland
County of Charles

On this 5th day of Feb _____, 2025, before me, the undersigned Notary
Public, personally appeared John Cass _____, known to me
or satisfactorily proven to be the individual whose name is subscribed to the within
instrument and acknowledged that he/she executed the same for the purposes therein
contained.

In witness whereof, I hereunto set my hand and official seal.

Notary Public

My Commission Expires: 11/15/2028

AARON CHRISTOFF
Notary Public - State of Maryland
Charles County
My Commission Expires Nov 15, 2028

# NOTICE OF SUPPORT AND JOINDER BY BENEFICIARY

I, the undersigned, a living beneficiary and peaceful inhabitant of the United States of America, hereby affirm and declare the following:

1. I have read and fully support the "Notice of Intent to Redeem Obligations and Demand for Lawful Remedy" submitted by Kafil Tunsill, Trustee of Serving Humanity Trust, and all claims and demands set forth therein.

2. I understand and affirm that under 12 U.S.C. § 411, all persons have the right to redeem Federal Reserve Notes for lawful money of the United States, and that continued enforcement of fiat debt instruments constitutes economic oppression and a violation of constitutional rights.

3. I understand that refusal to redeem obligations and provide remedy as lawfully demanded constitutes a breach of fiduciary duty and may rise to the level of high treason under Article III, Section 3 of the United States Constitution and 18 U.S.C. § 2381.

4. I stand in full support of the peaceful and lawful redemption of said obligations and the unified demand that the United States Treasury and other public agencies fulfill their constitutional duties.

5. I authorize Kafil Tunsill to include my name in any lawful civil or criminal complaint or demand for remedy arising from this matter, and I affirm that I shall be physically present at the Treasury on May 14–16, 2025, in peaceful assertion of my rights.

6. I make this declaration freely, without coercion, and under penalty of perjury under the laws of the United States of America.

Executed this _8_ day of _May_, 2025.

Name: _Kristy Vialor_

Signature: _Kristy Vialor_

Address: _2800 Painted Lake Circle #311_

1

City/State/ZIP: _The Colony TX 75056_

Phone/Email (optional): _469-733-6835_

NOTARY ACKNOWLEDGMENT:

State of _TXAS_

County of _Dallin_

On this _8_ day of _May_, 2025, before me, the undersigned Notary Public, personally appeared _Yasir Vira_, known to me or satisfactorily proven to be the individual whose name is subscribed to the within instrument and acknowledged that he/she executed the same for the purposes therein contained.

In witness whereof, I hereunto set my hand and official seal.

_____
Notary Public

My Commission Expires: _12/28/2026_

FELICIA GANEESE ROBINZINE
MY COMMISSION EXPIRES
12/28/2026
NOTARY ID: 125768748

2

# NOTICE OF SUPPORT AND JOINDER BY BENEFICIARY

I, the undersigned, a living beneficiary and peaceful inhabitant of the United States of America, hereby affirm and declare the following:

1. I have read and fully support the "Notice of Intent to Redeem Obligations and Demand for Lawful Remedy" submitted by Kafil Tunsill, Trustee of Serving Humanity Trust, and all claims and demands set forth therein.

2. I understand and affirm that under 12 U.S.C. § 411, all persons have the right to redeem Federal Reserve Notes for lawful money of the United States, and that continued enforcement of fiat debt instruments constitutes economic oppression and a violation of constitutional rights.

3. I understand that refusal to redeem obligations and provide remedy as lawfully demanded constitutes a breach of fiduciary duty and may rise to the level of high treason under Article III, Section 3 of the United States Constitution and 18 U.S.C. § 2381.

4. I stand in full support of the peaceful and lawful redemption of said obligations and the unified demand that the United States Treasury and other public agencies fulfill their constitutional duties.

5. I authorize Kafil Tunsill to include my name in any lawful civil or criminal complaint or demand for remedy arising from this matter, and I affirm that I shall be physically present at the Treasury on May 14 -16, 2025, in peaceful assertion of my rights.

6. I make this declaration freely, without coercion, and under penalty of perjury under the laws of the United States of America.

Executed this 5th day of __May__ , 2025.

Name: Erica Leal

Signature: 

Address: 3317 W 98th place, Hialeah FL 33018

City State Zip Hialeah, FL 33018

Phone Email (optional) 305-39 7099/enrialeal2018@gmail.com

NOTARY ACKNOWLEDGMENT

State of FLORIDA
County of MIAMI DADE

On this 5TH day of MAY          2025, before me, the undersigned Notary Public, personally appeared EAICA LEAL/FLDL L440-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 proven to me or satisfactorily proven to be the individual whose name is subscribed to the within instrument, and acknowledged that he/she executed the same for the purposes therein contained.

In Witness whereof, I hereunto set my hand and official seal

Notary Public

EDDIE DAVIS
MY COMMISSION # HH 527227
EXPIRES May 14, 2028

My Commission Expires MAY 14, 2028

# NOTICE OF SUPPORT AND JOINDER BY BENEFICIARY

I, the undersigned, a living beneficiary and peaceful inhabitant of the United States of America, hereby affirm and declare the following:

1. I have read and fully support the "Notice of Intent to Redeem Obligations and Demand for Lawful Remedy" submitted by Kafil Tunsill, Trustee of Serving Humanity Trust, and all claims and demands set forth therein.

2. I understand and affirm that under 12 U.S.C. § 411, all persons have the right to redeem Federal Reserve Notes for lawful money of the United States, and that continued enforcement of fiat debt instruments constitutes economic oppression and a violation of constitutional rights.

3. I understand that refusal to redeem obligations and provide remedy as lawfully demanded constitutes a breach of fiduciary duty and may rise to the level of high treason under Article III, Section 3 of the United States Constitution and 18 U.S.C. § 2381.

4. I stand in full support of the peaceful and lawful redemption of said obligations and the unified demand that the United States Treasury and other public agencies fulfill their constitutional duties.

5. I authorize Kafil Tunsill to include my name in any lawful civil or criminal complaint or demand for remedy arising from this matter, and I affirm that I shall be physically present at the Treasury on May 14–16, 2025, in peaceful assertion of my rights.

6. I make this declaration freely, without coercion, and under penalty of perjury under the laws of the United States of America.

Executed this **8** day of **May**, 2025.

Name: Ronnie Lee Sanders

Signature: Ronnie Lee Sanders

Address: 1230 4th TER. Apt. 101 Vero Beach, FL 32960

1

City/State/ZIP: Vero Beach Florida 32960

Phone/Email (optional): 772·501-2303

NOTARY ACKNOWLEDGMENT:

State of Florida
County of St Lucie

On this 8 day of May _____, 2025, before me, the undersigned Notary Public, personally appeared Ronnie L Sanders _____, known to me or satisfactorily proven to be the individual whose name is subscribed to the within instrument and acknowledged that he/she executed the same for the purposes therein contained.

In witness whereof, I hereunto set my hand and official seal.

_____
Notary Public

Latara LeNette Nedd
Comm.: HH 530585
Expires: May 23, 2028
Notary Public - State of Florida

My Commission Expires: May 23, 2028

2

# NOTICE OF SUPPORT AND JOINDER BY BENEFICIARY

I, the undersigned, a living beneficiary and peaceful inhabitant of the United States of America, hereby affirm and declare the following:

1. I have read and fully support the "Notice of Intent to Redeem Obligations and Demand for Lawful Remedy" submitted by Kafil Tunsill, Trustee of Serving Humanity Trust, and all claims and demands set forth therein.

2. I understand and affirm that under 12 U.S.C. § 411, all persons have the right to redeem Federal Reserve Notes for lawful money of the United States, and that continued enforcement of fiat debt instruments constitutes economic oppression and a violation of constitutional rights.

3. I understand that refusal to redeem obligations and provide remedy as lawfully demanded constitutes a breach of fiduciary duty and may rise to the level of high treason under Article III, Section 3 of the United States Constitution and 18 U.S.C. § 2381.

4. I stand in full support of the peaceful and lawful redemption of said obligations and the unified demand that the United States Treasury and other public agencies fulfill their constitutional duties.

5. I authorize Kafil Tunsill to include my name in any lawful civil or criminal complaint or demand for remedy arising from this matter, and I affirm that I shall be physically present at the Treasury on May 14–16, 2025, in peaceful assertion of my rights.

6. I make this declaration freely, without coercion, and under penalty of perjury under the laws of the United States of America.

Executed this ___8___ day of ___May___, 2025.

Name: ___Lynne E. Walker___

Signature: ___Lynne E Walker___

Address: ___6160 Peach St., Louisville, OH 44641___

City/State/ZIP: _Louisville, OH 44641_

Phone/Email (optional): _260 760 0070_

NOTARY ACKNOWLEDGMENT:

State of _Ohio_
County of _Stark_

On this _8th_ day of _May_ , 2025, before me, the undersigned Notary Public, personally appeared _Lynne Walker_ , known to me or satisfactorily proven to be the individual whose name is subscribed to the within instrument and acknowledged that he/she executed the same for the purposes therein contained.

In witness whereof, I hereunto set my hand and official seal.

Notary Public

My Commission Expires: _9-1-2025_



# NOTICE OF SUPPORT AND JOINDER BY BENEFICIARY

I, the undersigned, a living beneficiary and peaceful inhabitant of the United States of America, hereby affirm and declare the following:

1. I have read and fully support the "Notice of Intent to Redeem Obligations and Demand for Lawful Remedy" submitted by Kafil Tunsill, Trustee of Serving Humanity Trust, and all claims and demands set forth therein.

2. I understand and affirm that under 12 U.S.C. § 411, all persons have the right to redeem Federal Reserve Notes for lawful money of the United States. and that continued enforcement of fiat debt instruments constitutes economic oppression and a violation of constitutional rights.

3. I understand that refusal to redeem obligations and provide remedy as lawfully demanded constitutes a breach of fiduciary duty and may rise to the level of high treason under Article III, Section 3 of the United States Constitution and 18 U.S.C. § 2381.

4. I stand in full support of the peaceful and lawful redemption of said obligations and the unified demand that the United States Treasury and other public agencies fulfill their constitutional duties.

5. I authorize Kafil Tunsill to include my name in any lawful civil or criminal complaint or demand for remedy arising from this matter, and I affirm that I shall be physically present at the Treasury on May 14–16, 2025, in peaceful assertion of my rights.

6. I make this declaration freely, without coercion, and under penalty of perjury under the laws of the United States of America.

Executed this _12th_ day of _MAY_ , 2025.

Name: _LEONARD SULLEVEY_

Signature: _____ All Rights Reserved

Address: _8587 Concord Ct._

1

City/State/ZIP: _Jacksonville, Florida 32208_

Phone/Email (optional): _(904) 674-4188_

NOTARY ACKNOWLEDGMENT:

State of _Florida_

County of _Duval_

On this _25th_ day of _May_ , 2025, before me, the undersigned Notary Public, personally appeared _Leonard T. Surrency_ , known to me or satisfactorily proven to be the individual whose name is subscribed to the within instrument and acknowledged that he/she executed the same for the purposes therein contained.

In witness whereof, I hereunto set my hand and official seal.

_Kaycee B Rk_

Notary Public

My Commission Expires: _01/17/2026_

KAYCEE BRIANA ROBINSON
Commission # HH 217138
Expires January 17, 2026

2

# NOTICE OF SUPPORT AND JOINDER BY BENEFICIARY

I, the undersigned, a living beneficiary and peaceful inhabitant of the United States of America, hereby affirm and declare the following:

1. I have read and fully support the "Notice of Intent to Redeem Obligations and Demand for Lawful Remedy" submitted by Kafil Tunsill, Trustee of Serving Humanity Trust, and all claims and demands set forth therein.

2. I understand and affirm that under 12 U.S.C. § 411, all persons have the right to redeem Federal Reserve Notes for lawful money of the United States, and that continued enforcement of fiat debt instruments constitutes economic oppression and a violation of constitutional rights.

3. I understand that refusal to redeem obligations and provide remedy as lawfully demanded constitutes a breach of fiduciary duty and may rise to the level of high treason under Article III, Section 3 of the United States Constitution and 18 U.S.C. § 2381.

4. I stand in full support of the peaceful and lawful redemption of said obligations and the unified demand that the United States Treasury and other public agencies fulfill their constitutional duties.

5. I authorize Kafil Tunsill to include my name in any lawful civil or criminal complaint or demand for remedy arising from this matter, and I affirm that I shall be physically present at the Treasury on May 14–16, 2025, in peaceful assertion of my rights.

6. I make this declaration freely, without coercion, and under penalty of perjury under the laws of the United States of America.

Executed this 12 day of May, 2025.

Name: Ohmarie Chambers

Signature: _____

Address: 11 Crown Street

1

City/State/ZIP: Bloomfield, NJ  07003

Phone/Email (optional): 973 - 619 - 5214

NOTARY ACKNOWLEDGMENT:

State of New Jersey
County of Essex

On this 12 day of May , 2025, before me, the undersigned Notary
Public, personally appeared Chmarie Chambers , known to me
or satisfactorily proven to be the individual whose name is subscribed to the within
instrument and acknowledged that he/she executed the same for the purposes therein
contained.

In witness whereof, I hereunto set my hand and official seal.

_____
Notary Public

My Commission Expires: April 30, 2029

MARLENA GREEN
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES APRIL 30, 2029

2

# NOTICE OF SUPPORT AND JOINDER BY BENEFICIARY

I, the undersigned, a living beneficiary and peaceful inhabitant of the United States of America, hereby affirm and declare the following:

1. I have read and fully support the "Notice of Intent to Redeem Obligations and Demand for Lawful Remedy" submitted by Kafil Tunsill, Trustee of Serving Humanity Trust, and all claims and demands set forth therein.

2. I understand and affirm that under 12 U.S.C. § 411, all persons have the right to redeem Federal Reserve Notes for lawful money of the United States, and that continued enforcement of fiat debt instruments constitutes economic oppression and a violation of constitutional rights.

3. I understand that refusal to redeem obligations and provide remedy as lawfully demanded constitutes a breach of fiduciary duty and may rise to the level of high treason under Article III, Section 3 of the United States Constitution and 18 U.S.C. § 2381.

4. I stand in full support of the peaceful and lawful redemption of said obligations and the unified demand that the United States Treasury and other public agencies fulfill their constitutional duties.

5. I authorize Kafil Tunsill to include my name in any lawful civil or criminal complaint or demand for remedy arising from this matter, and I affirm that I shall be physically present at the Treasury on May 14–16, 2025, in peaceful assertion of my rights.

6. I make this declaration freely, without coercion, and under penalty of perjury under the laws of the United States of America.

Executed this 12 day of May, 2025.

Name: Pamela Green

Signature: Pamela Green

Address: 1805 Chester Road

1

City/State/ZIP: Bethlehem, PA 18017

Phone/Email (optional): 862-368-1784


NOTARY ACKNOWLEDGMENT:

State of New Jersey

County of Passaic

On this 12 day of May, 2025, before me, the undersigned Notary Public, personally appeared Pamela Green , known to me or satisfactorily proven to be the individual whose name is subscribed to the within instrument and acknowledged that he/she executed the same for the purposes therein contained.

In witness whereof, I hereunto set my hand and official seal.

_____
Notary Public

My Commission Expires: 4-30-29

```
MARLENA GREEN
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES APRIL 30, 2029
```

2

# NOTICE OF SUPPORT AND JOINDER BY BENEFICIARY

I, the undersigned, a living beneficiary and peaceful inhabitant of the United States of America, hereby affirm and declare the following:

1. I have read and fully support the "Notice of Intent to Redeem Obligations and Demand for Lawful Remedy" submitted by Kafil Tunsill, Trustee of Serving Humanity Trust, and all claims and demands set forth therein.

2. I understand and affirm that under 12 U.S.C. § 411, all persons have the right to redeem Federal Reserve Notes for lawful money of the United States, and that continued enforcement of fiat debt instruments constitutes economic oppression and a violation of constitutional rights.

3. I understand that refusal to redeem obligations and provide remedy as lawfully demanded constitutes a breach of fiduciary duty and may rise to the level of high treason under Article III, Section 3 of the United States Constitution and 18 U.S.C. § 2381.

4. I stand in full support of the peaceful and lawful redemption of said obligations and the unified demand that the United States Treasury and other public agencies fulfill their constitutional duties.

5. I authorize Kafil Tunsill to include my name in any lawful civil or criminal complaint or demand for remedy arising from this matter, and I affirm that I shall be physically present at the Treasury on May 14–16, 2025, in peaceful assertion of my rights.

6. I make this declaration freely, without coercion, and under penalty of perjury under the laws of the United States of America.

Executed this _13_ day of _May_, 2025.

Name: _Serena Taylor_

Signature: _Serena Taylor_

Address: _846 10 Natrona St_

1

City/State/ZIP: Phila PA 19121

Phone/Email (optional): _____

NOTARY ACKNOWLEDGMENT:

State of ____PA____

County of ____Phila____

On this _13_ day of __May__, 2025, before me, the undersigned Notary Public, personally appeared __Serena Taylor__, known to me or satisfactorily proven to be the individual whose name is subscribed to the within instrument and acknowledged that he/she executed the same for the purposes therein contained.

In witness whereof, I hereunto set my hand and official seal.

_____

Notary Public

My Commission Expires: __August 25, 2026__



# NOTICE OF SUPPORT AND JOINDER BY BENEFICIARY

I, the undersigned, a living beneficiary and peaceful inhabitant of the United States of America, hereby affirm and declare the following:

1. I have read and fully support the "Notice of Intent to Redeem Obligations and Demand for Lawful Remedy" submitted by Kafil Tunsill, Trustee of Serving Humanity Trust, and all claims and demands set forth therein.

2. I understand and affirm that under 12 U.S.C. § 411, all persons have the right to redeem Federal Reserve Notes for lawful money of the United States, and that continued enforcement of fiat debt instruments constitutes economic oppression and a violation of constitutional rights.

3. I understand that refusal to redeem obligations and provide remedy as lawfully demanded constitutes a breach of fiduciary duty and may rise to the level of high treason under Article III, Section 3 of the United States Constitution and 18 U.S.C. § 2381.

4. I stand in full support of the peaceful and lawful redemption of said obligations and the unified demand that the United States Treasury and other public agencies fulfill their constitutional duties.

5. I authorize Kafil Tunsill to include my name in any lawful civil or criminal complaint or demand for remedy arising from this matter, and I affirm that I shall be physically present at the Treasury on May 14–16, 2025, in peaceful assertion of my rights.

6. I make this declaration freely, without coercion, and under penalty of perjury under the laws of the United States of America.

Executed this 14th day of May, 2025.

Name: Maury-Topaz: McFarland

Signature: _Maury Topaz McFarland_

Address: 5829 Lockmere Pl,

City/State/ZIP: Waldorf, MD 20601

Phone/Email (optional): 240-458-6127 / maurytmcfarland@gmail.com

NOTARY ACKNOWLEDGMENT:

State of _____ Texas _____

County of _____ Bexar _____

On this 14th day of _____ May _____, 2025, before me, the undersigned Notary
Public, personally appeared _____ Maury Topaz McFarland _____, known to me
or satisfactorily proven to be the individual whose name is subscribed to the within
instrument and acknowledged that he/she executed the same for the purposes therein
contained.

In witness whereof, I hereunto set my hand and official seal.

_____
Notary Public

My Commission Expires: _____ 10/21/2028 _____

Jesse McCollough
_____
ID NUMBER
135138321
COMMISSION EXPIRES
October 21, 2028

Electronically signed and notarized online using the Proof platform.

2

# NOTICE OF SUPPORT AND JOINDER BY BENEFICIARY

I, the undersigned, a living beneficiary and peaceful inhabitant of the United States of America, hereby affirm and declare the following:

1. I have read and fully support the "Notice of Intent to Redeem Obligations and Demand for Lawful Remedy" submitted by Kafil Tunsill, Trustee of Serving Humanity Trust, and all claims and demands set forth therein.

2. I understand and affirm that under 12 U.S.C. § 411, all persons have the right to redeem Federal Reserve Notes for lawful money of the United States, and that continued enforcement of fiat debt instruments constitutes economic oppression and a violation of constitutional rights.

3. I understand that refusal to redeem obligations and provide remedy as lawfully demanded constitutes a breach of fiduciary duty and may rise to the level of high treason under Article III, Section 3 of the United States Constitution and 18 U.S.C. § 2381.

4. I stand in full support of the peaceful and lawful redemption of said obligations and the unified demand that the United States Treasury and other public agencies fulfill their constitutional duties.

5. I authorize Kafil Tunsill to include my name in any lawful civil or criminal complaint or demand for remedy arising from this matter, and I affirm that I shall be physically present at the Treasury on May 14–16, 2025, in peaceful assertion of my rights.

6. I make this declaration freely, without coercion, and under penalty of perjury under the laws of the United States of America.

Executed this **14** day of **May**, 2025.

Name: *James ~ L : Marion*

Signature: *By: James : Marion*

Address: *225 Matlage Way PO Box 2463*

1

City/State/ZIP: Sugar Land, TX 77478

Phone/Email (optional): 832-370-9063

NOTARY ACKNOWLEDGMENT:

State of Texas

County of Fort Bend

On this 14th day of May, 2025, before me, the undersigned Notary Public, personally appeared James L Marion, known to me or satisfactorily proven to be the individual whose name is subscribed to the within instrument and acknowledged that he/she executed the same for the purposes therein contained.

In witness whereof, I hereunto set my hand and official seal.

Notary Public

My Commission Expires: 01-11-2026

2

# NOTICE OF SUPPORT AND JOINDER BY BENEFICIARY

I, the undersigned, a living beneficiary and peaceful inhabitant of the United States of America, hereby affirm and declare the following:

1. I have read and fully support the "Notice of Intent to Redeem Obligations and Demand for Lawful Remedy" submitted by Kafil Tunsill, Trustee of Serving Humanity Trust, and all claims and demands set forth therein.

2. I understand and affirm that under 12 U.S.C. § 411, all persons have the right to redeem Federal Reserve Notes for lawful money of the United States, and that continued enforcement of fiat debt instruments constitutes economic oppression and a violation of constitutional rights.

3. I understand that refusal to redeem obligations and provide remedy as lawfully demanded constitutes a breach of fiduciary duty and may rise to the level of high treason under Article III, Section 3 of the United States Constitution and 18 U.S.C. § 2381.

4. I stand in full support of the peaceful and lawful redemption of said obligations and the unified demand that the United States Treasury and other public agencies fulfill their constitutional duties.

5. I authorize Kafil Tunsill to include my name in any lawful civil or criminal complaint or demand for remedy arising from this matter, and I affirm that I shall be physically present at the Treasury on May 14–16, 2025, in peaceful assertion of my rights.

6. I make this declaration freely, without coercion, and under penalty of perjury under the laws of the United States of America.

Executed this 15 day of May, 2025.

Name: Deonte' Collins

Signature: Deonte' Collins

Address: 904 Iroquois Ave

1

City/State/ZIP: _Naperville, Il 60563_

Phone/Email (optional): _____

NOTARY ACKNOWLEDGMENT:

State of _Texas_
County of _Denton_

On this _15_ day of _May_____, 2025, before me, the undersigned Notary
Public, personally appeared _Deonte Collins_____, known to me
or satisfactorily proven to be the individual whose name is subscribed to the within
instrument and acknowledged that he/she executed the same for the purposes therein
contained.

In witness whereof, I hereunto set my hand and official seal.

_Kristy Viator_____
Notary Public

My Commission Expires: _3-30-2029_





KRISTY VIATOR
Notary Public, State of Texas
Comm. Expires 03-30-2029
Notary ID 12076727

2

Exhibit C

TRUST ID: 047142908



In The Name Of Allah

# DECLARATION OF TRUST

### SERVING HUMANITY TRUST

### Established on January 1, 2024

### Trust Belongs Solely to Allah (SWT)

### Administered under the Qur'an Alone

## I. Divine Foundation

I, Kafil: Tunsill, servant of Allah, hereby declare the establishment of the SERVING HUMANITY TRUST, created solely in the Name of Allah on January 1, 2024, and governed by the Qur'an alone, without compromise, addition, or subtraction. This trust is non-statutory, foreign to all man-made jurisdictions, and established exclusively for the purpose of manifesting Deen al-Islam, or as understood in biblical terms, the Kingdom of God on Earth.

"To God belongs all that is in the heavens and earth." [Surah 3:129]

"Such is the natural aim of God's creation of humans. And God's Laws of creation never change." [Surah 30:30]

## II. Purpose of the Trust

The purpose of this Trust is to serve Allah by serving His creation. The life of every human being is sacred.

"Whoever kills a person—unless in retribution for murder or spreading corruption— it will be as if he had slain all humanity; and whoever saves a life, it is as if he had saved all of mankind." [Surah 5:32]

## III. Jurisdiction & Authority

This Trust exists under the exclusive jurisdiction of Allah (SWT). No court, government, or institution on Earth holds any superior claim over this Trust or its assets, beneficiaries, or operations.

"Shall I take for my master anyone but God, the Originator of the heavens and earth?" [Surah 6:14]

We do not recognize or submit to any man-made laws that conflict with the Qur'an. The SERVING HUMANITY TRUST is not registered under 508(c)(1)(a) or any statute, as it belongs to Allah alone, and no authority can license what Allah has commanded.

## IV. Trust Structure

**Trust Name:** SERVING HUMANITY TRUST

**Established:** January 1, 2024

**Jurisdiction:** Quranic / Common Law

**Trustee: Kafil:** Tunsill

**Beneficiaries:** Any human being who seeks aid, support, or relief, regardless of race, religion, nationality, or status, is a beneficiary under Allah's Law.

"O mankind! We created you from a single male and female, and made you into nations and tribes, that you may know one another. The most honorable among you in the sight of Allah is the most righteous." **[Surah 49:13]**

## V. Call to the Ummah

All members of the Ummah are hereby called upon to respond without hesitation when one calls for help. The invocation of this Trust by any sincere soul is sufficient grounds for immediate action.

"Help one another in righteousness and piety, but do not help one another in sin and transgression." **[Surah 5:2]**

This is not optional. This is Fard (obligatory). The Trust is a living contract with Allah, and the Trustee is bound by the sacred duty to serve.

## VI. Assets and Commerce

All property, wealth, and resources placed into the Trust are considered Waqf (sacred endowment) and belong to Allah. They shall be used exclusively for the benefit of mankind in accordance with the Qur'an.

"God has permitted trade and forbidden usury." **[Surah 2:275]**

Any exploitation, usury, or restriction placed upon this Trust by governments or corporations is a trespass, a commercial injury, and a violation of Divine Law.

One (1) 1923 United States Peace Silver Dollar, composed of 90% silver and weighing approximately 26.73 grams, is hereby declared as part of the trust corpus. This coin represents the sacred foundation of commerce in truth, the rejection of usury, and the preservation of real value as commanded by Allah (swt). The physical coin is held in the possession of the trustee and symbolizes lawful substance in service to the creator and his creation.

## VII. Oath of Trustee

I, Kafil: Tunsill, do solemnly affirm and bear witness that:

- I serve only Allah as Supreme Sovereign.

- I act in the interest of humanity as Trustee of this sacred trust.

- I will answer to Allah alone for my execution of this Trust.

- I will never violate the Qur'an or be complicit in any harm to His creation.

- I will serve those who ask for help. In doing so, Allah will help me.

"God is enough as a Trustee." [Surah 4:171]

## VIII. Irrevocability of the Trust

This Trust is irrevocable, sacred, and may not be amended, revoked, or dissolved by any human authority.

It exists solely under the Law of Allah (SWT), and no portion of it shall revert to the Trustee or any individual.

All assets, resources, and property placed into this Trust belong exclusively to Allah and are held for the service of His creation.

Any attempt to interfere with, dissolve, or modify this Trust by statutory or foreign authority shall be considered a trespass upon Divine jurisdiction and an affront to the Sovereignty of Allah (SWT).

## IX. SERVING HUMANITY COIN (SHC)

The SERVING HUMANITY TRUST declares full authorship, spiritual jurisdiction, and lawful authority over Serving Humanity Coin (SHC)—a cryptocurrency created under the Trust's charter for the purpose of establishing equity, relieving the oppressed, and empowering underserved communities in the Name of Allah (SWT).

SHC operates on the XRP Ledger and exists as a lawful instrument of service and value transfer, representing the Trust's commitment to transparency, financial relief, and anti-exploitation. It has a max supply of 100 billion tokens issued by wallet address: r4ebRqCnEoKypa9h1S11zcDqg8EJCKtSm5, is backed by the Full Faith and Credit of the Trust, underpinned by a $100 billion Private Indemnity Bond.

The issuance, governance, and distribution of SHC is managed exclusively under the Qur'an, with beneficiaries identified as those in need, including but not limited to: families facing foreclosure, victims of human trafficking, and those unlawfully harmed by child protective systems.

The dual-token ecosystem, including RLUSD, shall also operate under this Trust's jurisdiction for the purpose of stability, micro-donations, and resource distribution in line with Quranic injunctions against usury and exploitation.

Any use of SHC or RLUSD within the Serving Humanity ecosystem must align with the Quranic command to serve creation, honor equity, and reject oppression. These digital assets are hereby enshrined as sacred instruments of service governed by Divine Law.

## X. Trust Acquisitions: Serving Humanity Services & Foundation

I, Kafil: Tunsill, Trustee of the SERVING HUMANITY TRUST, do hereby declare that the following entities have been lawfully and irrevocably transferred to the Trust for the benefit of humanity and in service to Allah (SWT):

1. Serving Humanity Services LLC, a limited liability company, including all assets, accounts, and rights, which is also doing business as (d/b/a) Serving Humanity Produce.

2. Serving Humanity Foundation, a non-profit organization established for the promotion of humanitarian services.

These entities are now wholly owned by the SERVING HUMANITY TRUST. All of their assets, income, intellectual property, trade names, and future operations are held under this Trust, governed solely by the Qur'an. Their mission shall continue as instruments of Divine service, aligned fully with the sacred duties of this Trust.

No person, corporation, government agency, or court has any superior claim or jurisdiction over these entities or their operations. This acquisition reaffirms that I, the Trustee, possess no personal ownership interest in these entities, but serve exclusively in fiduciary duty to Allah and in service to His creation.

Executed this day: *March 28, 2025*

By:

Kafil: Tunsill

Trustee of the SERVING HUMANITY TRUST

Servant of Allah

Signature: *Kafil : Tunsill*

Witnessed by:

1. Sylvia Cerda , *Sylvia Cerda* Date: 3-28-2025

2. Felix Retnoso , *Felix Retnoso* Date: 3-28-2025

Notary Public:

Name: *Deondra Kheir*

Commission #: *134606238*

My Commission Expires: *10-17-2027*

Seal:

TRUST ID: 047142908

# EXHIBIT A

## 1923 Silver Dollar

**Weight: approx.. 26.73 grams silver**

**Purity: 90% silver**



