IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Case No.: 1:25-cv-01556

| | |
|---|---|
| Kafil Tunsill, individually and as Trustee of the SERVING HUMANITY TRUST, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Scott Bessent, in his official capacity as Secretary of the United States Treasury, and in his individual capacity where applicable,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR LEAVE TO PROCEED AS A GROUP AND TO ACCEPT JOINDERS INTO THE RECORD

NOW COMES the Plaintiff, Kafil Tunsill, in his individual capacity and as Trustee of the SERVING HUMANITY TRUST, and respectfully moves this Honorable Court pursuant to the Federal Rules of Civil Procedure and principles of equity, for leave to proceed on behalf of all similarly situated individuals who have submitted sworn Affidavits of Joinder and Consent to Remedy. In support of this Motion, Plaintiff states as follows:

1. This action is brought under 12 U.S.C. § 411 and the Emergency Banking Relief Act of 1933, asserting the statutory and fiduciary duty of the United States Treasury to redeem Federal Reserve Notes in lawful money upon demand, as guaranteed by federal law and public trust.

**RECEIVED**

MAY 19 2025

Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

1

2. Plaintiff, acting as Trustee of a lawfully established foreign common law trust dedicated exclusively to the service of humanity under divine law, has received and now tenders into the record multiple sworn affidavits from natural living persons who have been harmed by the refusal of the Treasury Department to redeem lawful money upon demand.

3. The individuals who have joined this action have executed sworn Affidavits of Joinder and Consent to Remedy, which affirm their status as beneficiaries of the lawful money redemption statute, their demand for performance, and their designation of the Plaintiff as their authorized voice and representative in this matter.

4. These affidavits are attached as Exhibit A and are incorporated herein by reference pursuant to Rule 10(c) of the Federal Rules of Civil Procedure.

5. Plaintiff respectfully submits that permitting collective standing in this matter advances judicial economy, ensures that all affected parties are heard in equity, and prevents the injustice that would result from the fragmentation of unified claims rooted in public duty and trust law.

6. The joined parties share a common question of law and fact concerning the Treasury's failure to perform its fiduciary obligations under statutory and equitable authority.

**WHEREFORE,** Plaintiff respectfully requests that this Court grant leave to proceed as a group, accept into the record the Affidavits of Joinder and Consent to Remedy attached hereto as Exhibit B, and provide such other and further relief as may be just and proper in the interest of equity and law.

Respectfully submitted,

By: _____
Kafil Tunsill UCC 1-308
Trustee for Serving Humanity Trust
2745 Miccosukee Road
Tallahassee, Florida [32308]
904-576-8981

**Dated: 5/16/2025**

## CERTIFICATE OF SERVICE

I certify that a true copy of this Complaint was served upon:

U.S. Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220

U.S. Attorney General
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

Civil Process Clerk
U.S. Attorney's Office for D.C.
601 D. Street, NW
Washington, D.C. 20530

Date: 5/16/2025

Respectfully submitted,

_____
Kafil Tunsill
Trustee, SERVING HUMANITY TRUST

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Case No.: 1:25-cv-01556

**Kafil Tunsill, individually and** )
**as Trustee of the SERVING HUMANITY** )
**TRUST, and all others similarly situated,** )
)
**Plaintiff,** )
)
v. )
)
**Scott Bessent, in his official capacity as** )
**Secretary of the United States Treasury,** )
**and in his individual capacity** )
**where applicable,** )
)
**Defendant.** )

## PROPOSED ORDER GRANTING MOTION FOR LEAVE TO PROCEED AS A GROUP

[PROPOSED] ORDER

Upon consideration of Plaintiff's Motion for Leave to Proceed as a Group and to Accept Joinders Into the Record, and the Court being fully advised in the premises, it is hereby:

ORDERED that the Plaintiff's Motion is GRANTED. The Court hereby recognizes the attached Affidavits of Joinder and Consent to Remedy as lawful declarations of participation by similarly situated parties, and permits this action to proceed as a group.

It is further ORDERED that all such joined parties be acknowledged as affiliated claimants in this matter, and that their affidavits be accepted into the record as Exhibit A to the Complaint.

SO ORDERED.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Case No.: 1:25-cv-01556

**Kafil Tunsill, individually and** )
**as Trustee of the SERVING HUMANITY** )
**TRUST, and all others similarly situated,** )
)
**Plaintiff,** )
)
v. )
)
**Scott Bessent, in his official capacity as** )
**Secretary of the United States Treasury,** )
**and in his individual capacity** )
**where applicable,** )
)
**Defendant.** )

**AFFIDAVIT OF TRUTH AND VERIFICATION OF FILED COMPLAINT**

I, Kafil Tunsill, being of sound mind and lawful standing, and acting in my individual capacity and as Trustee of the SERVING HUMANITY TRUST, hereby declare the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am the lead Plaintiff in the above-captioned matter filed with this Honorable Court on May 15, 2025.

2. I have read the entirety of the filed complaint and affirm that the contents are true and correct to the best of my knowledge, belief, and understanding.

3. I submit this affidavit in good faith and in honor, as a lawful verification of the claims, facts, and statements presented in the original complaint.

4. This affidavit is filed for the purpose of formally verifying the complaint as true and accurate, consistent with principles of equity and truth, and to ensure the integrity of the public record.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 19th day of May, 2025.

RECEIVED
MAY 19 2025
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

1

By: *Kafil Tunsill* (signature)
Kafil Tunsill UCC 1-308
Trustee for Serving Humanity Trust
2745 Miccosukee Road
Tallahassee, Florida [32308]
904-576-8981

**Dated: 5/19/2025**

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of May, 2025, I mailed a true and correct copy of the foregoing Affidavit of Truth and Verification of Filed Complaint via United States Postal Service, certified mail, return receipt requested, to the following parties:

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

United States Attorney for the District of Columbia
601 D Street NW
Washington, DC 20530

Scott Bessent, Secretary of the Treasury
U.S. Department of the Treasury
1500 Pennsylvania Avenue NW
Washington, DC 20220

Signature: *[signed] Kafil Tunsill*

Kafil Tunsill
Trustee, SERVING HUMANITY TRUST

3