UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KAFIL TUNSILL, | |
| Plaintiff, | |
| v. | Civil Action No. 25-1556 (RCL) |
| SCOTT BESSENT, | |
| Defendant. | |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO
<u>PLAINTIFF'S COMPLAINT</u>**

By and through undersigned counsel, Defendant respectfully moves to extend the deadline
to respond to Plaintiff's complaint, ECF No. 1, filed on May 15, 2025.  A response is presently
due on July 21, 2025.  Defendant requests a 30-day extension until August 20, 2025.

Pursuant to Local Civil Rule 7(m), undersigned counsel consulted with the pro se
Plaintiff, Kafil Tunsill, via telephone regarding the relief requested in this motion, and he kindly
assented.

Good grounds exist for the granting of this motion pursuant to Fed. R. Civ. P. 6(b) as
follows.

Due to the recent influx of cases that have been received by the Civil Division of the United
States Attorney's Office in the District of Columbia, there is sometimes a delay in assignment of
cases to the Assistants, including in this case, which makes it difficult to adhere to filing dates,
particularly initial ones.  This situation has been exacerbated by the recent departures of ten
Assistant United States Attorneys from the Civil Division.  Their cases have been reassigned, and
undersigned counsel has received a large number of them.

Undersigned counsel, as with all Assistants in the Civil Division of the United States Attorney's Office in the District of Columbia, has an extremely large and burdensome litigation caseload of over 120 active cases. As stated above, due to recent changes, ten Assistant United States Attorneys have recently left the office. This has resulted in undersigned counsel being assigned a multitude of additional cases over the last several weeks, some of which required immediate attention. Given the litigation caseload, exacerbated by the recent departures, it is not always possible to adhere to due dates despite counsel's best efforts, as in this case.

The Division has also recently been inundated with emergency matters and others requesting injunctive relief which has taken up an inordinate amount of time of the Division's attorneys. Undersigned counsel also has numerous dispositive and other filings due this month, this is in addition to conferences, status reports, preparation of pleadings, meetings and document reviews in affirmative civil enforcement matters, and other administrative and general case management duties.

Given the foregoing, it would be extremely difficult for counsel to respond to Plaintiff's complaint by July 21, 2025. Undersigned counsel requests a reasonable period of additional time to review the complaint and prepare Defendant's response. Accordingly, Defendant requests this extension of time.

Defendant proposes this extension in good faith and not for the purpose of delay. This is Defendant's first request for an extension of the answer response date.

Granting the requested extension will not impact any other deadlines and will serve the interests of justice by affording government counsel a reasonable period of additional time to prepare a full reply to the complaint for the Court's consideration.

- 3 -

WHEREFORE, Defendant respectfully requests that the deadline to file a response to the complaint be extended through and including August 20, 2025.  A proposed order is enclosed herewith.

Dated: July 18, 2025
          Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By:          */s/ Thomas W. Duffey*
       THOMAS W. DUFFEY
       Assistant United States Attorney
       601 D Street, NW
       Washington, DC 20530
       (202) 252-2510

*Attorneys for the United States of America*

## CERITICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon the pro se Plaintiff this date via first class mail at the following address:

KAFIL TUNSILL
Trustee for Serving Humanity Trust
2745 Miccosukee Road
Tallahassee, FL 32308


*/s/ Thomas W. Duffey*

- 3 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KAFIL TUNSILL,

      Plaintiff,

  v.                                Civil Action No. 25-1556 (RCL)

SCOTT BESSENT,

      Defendant.

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's consent motion for an extension of time to file a response to Plaintiff's complaint, and for good cause shown, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that Defendant shall have through and including August 20, 2025, to file an answer or otherwise respond to Plaintiff's complaint.

SO ORDERED:

_____
Dated

_____
ROYCE C. LAMBERTH
United States District Judge