UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KAFIL TUNSILL, *Plaintiff,* v. SCOTT BESSENT, *Defendant.* | No. 25-cv-1556-RCL |

## [PROPOSED] ORDER

Upon consideration of the Defendant's motion for an extension of time, *nunc pro tunc*, to file its response to Plaintiff's complaint, it is hereby:

**ORDERED** that Defendant's motion is granted and Defendant shall have until August 27, 2025, to respond to the complaint.

Date: _____8/26/25_____

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE

- 4 -