UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Action No. 25-1556 (RCL)

**KAFIL TUNSILL,**
Trustee of the SERVING HUMANITY TRUST,

Plaintiff,

**SCOTT BESSENT,**
Secretary of the Treasury,

Defendant.

RECEIVED
Mailroom
SEP 22 2025
Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia

## MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Fed. R. Civ. P. 15(a)(2), Plaintiff respectfully moves for leave to amend his complaint. Amendment is sought to clarify that:

1. Plaintiff proceeds in fiduciary capacity as Trustee of the Tunsill Redemption Trust.
2. Plaintiff's claims are grounded exclusively in equity, not statutory private rights of action.
3. Plaintiff seeks cooperative resolution with the Treasury, not adversarial relief.

This amendment narrows the issues, avoids prejudice to Defendant, and serves judicial economy by clarifying the equitable posture of the case.

Attached is the **Proposed Amended Complaint.**

Respectfully submitted,

This 12th day of September 2025.

By: _/s/ Kafil-Hamim Quaiyum_ UCC 1-308
**Kafil – Hamim Quaiyum**
Trustee, SERVING HUMANITY TRUST
Sui Juris
c/o 2745 Miccosukee Road
Tallahassee, FL near [32308]
Non-Domestic without UNITED STATES
Phone: (904) 576-8981

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Opposition was served on Defendant's counsel by certified first-class mail this 12th day of September, 2025.

THOMAS W. DUFFEY
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2510

By: _____ UCC 1-308
Kafil – Hamim Quaiyum
Trustee, for the Tunsill Redemption Trust

