UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Action No. 25-1556 (RCL)

**KAFIL TUNSILL,**
Trustee of the SERVING HUMANITY TRUST,

Plaintiff,

**SCOTT BESSENT,**
Secretary of the Treasury,

Defendant.

## NOTICE OF FILING AND DECLARATION OF LAWFUL MONEY REDEMPTION AND TRUST SURETYSHIP

**In Support of Affidavit of Truth Concerning Serving Humanity Coin (SHC) Issued on the XRP Ledger.** Filed by **Trustee Kafil-Hamim Quaiyum**, Fiduciary Trustee of Serving Humanity Trust and Tunsill Redemption Trust

### I. Notice and Purpose

Comes now **Trustee Kafil-Hamim Quaiyum**, Fiduciary Trustee of the **Tunsill Redemption Trust** and the **Serving Humanity Trust**, giving lawful notice to this Honorable Court and to the **United States Department of the Treasury** that the attached **Affidavit of Truth** (Exhibit A) is hereby entered into the record as a verified statement of fact, intent, and lawful tender in equity. This notice serves to declare that the Tunsill Redemption Trust stands as **Surety** for the lawful discharge and indemnification of obligations arising within this case, and that lawful consideration has been tendered through trust-issued instruments and digital settlement units known as **Serving Humanity Coin (SHC)** on the **XRP Ledger**.

### II. Facts and Record Incorporated by Reference

1. Exhibit A (Affidavit of Truth) details the creation and issuance of 100 Billion SHC from issuer wallet `r4ebRqCnEoKypa9h1S11zcDqg8EJCKtSm5`, each unit equating to 1 million drops of settlement value.

RECEIVED
OCT 1 0 2025
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

2. The Affidavit sets forth the trust's bonding structure, its thirty-year maturity schedule, and the collective surety of ten thousand (10,000) beneficiaries holding 111,000 SHC each in trust currently in working progress.
3. Said Affidavit operates as a lawful instrument of tender and must be recognized under **12 U.S.C. § 411**, **U.C.C. §§ 1-103 and 3-603**, and the maxims of equity and commerce.

### III. Declaration and Demand for Recognition

The Tunsill Redemption Trust has lawfully performed all acts necessary for redemption and set-off under the Laws of the United States and international commerce.

Accordingly, this Notice constitutes formal declaration that the attached Affidavit and related instruments are to be recognized as **lawful consideration** and **full faith tender** for settlement of any public or private obligation in question.

Failure to rebut this Notice and Affidavit by affidavit within **thirty (30) days** shall constitute tacit agreement and estoppel by silence under commercial law and **Federal Rule of Civil Procedure 8(b)(6)**.

### IV. Reservation of Rights

All rights, titles, and interests are hereby reserved by Trustee Kafil-Hamim Quaiyum under Divine Law, Common Law, and the laws of commerce. Nothing in this Notice shall be construed as waiver of immunity or rights secured by the Constitution or the Trust indenture.

### V. Verification and Signature

Executed on this _10TH_ day of _October_, 2025, under Divine Law and penalty of perjury.

By: _/s/ Kafil-Hamim Quaiyum_
**Kafil – Hamim Quaiyum – Sui Juris UCC 1-308**
Trustee, SERVING HUMANITY TRUST
TUNSILL REDEMPTION TRUST
c/o 2745 Miccosukee Road
Tallahassee, FL near [32308]
Non-Domestic without UNITED STATES
Phone: (904) 576-8981

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Opposition was served on Defendant's counsel by certified first-class mail this 10th day of October, 2025.

THOMAS W. DUFFEY
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2510

**Attorney General of the United States**
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

By: _/s/ Kafil-Hamim Quaiyum_
Kafil – Hamim Quaiyum TTEE

Exhibit A

## AFFIDAVIT OF TRUTH

### Concerning Serving Humanity Coin (SHC) Issued on the XRP Ledger

### In the Name of Allah, the Most Gracious, the Most Merciful

### I. Affiant Identification

I, **Trustee Kafil-Hamim Quaiyum**, Fiduciary for **Serving Humanity Trust and Tunsill Redemption Trust**, acting under Divine Law, Common Law, and the laws of the United States of America, do hereby solemnly affirm and declare this Affidavit of Truth as a lawful testimony of fact, faith, and intent.

### II. Purpose of Affidavit

This Affidavit is executed to establish the truthful record and lawful notice regarding the creation, issuance, and use of **Serving Humanity Coin (SHC)** on the XRP Ledger; to define its lawful application in commerce and equity for the benefit of humanity; and to affirm its integration with the Tunsill Redemption Trust for debt offset and indemnity purposes in service to the United States Treasury and the public good.

### III. Facts in Truth and Commerce

1. **Issuer and Supply:** Serving Humanity Coin (SHC) was lawfully minted on the XRP Ledger from issuer wallet address **r4ebRqCnEoKypa9h1S11zcDqg8EJCKtSm5**, with a total supply of **100 Billion SHC**, serving as a trust-backed digital medium of exchange.

2. **Unit Definition:** Each **1 SHC = 1 Million drops (1,000,000 drops)** — symbolizing direct micro-settlement capacity rooted in truthful value and instant ledger liquidity.

3. **Purpose of Creation:** SHC exists to restore lawful consideration and honest measure in commerce, to serve as a medium of exchange between trusts and nations, and to enable lawful debt offset and indemnification consistent with 12 U.S.C. § 411 and U.C.C. §§ 3-311 and 3-603.

4. **Trust Distribution:** Ten Thousand (10,000) designated beneficiaries will hold **111,000 SHC each in trust** under Serving Humanity Trust, signifying their participation in humanitarian redemption and not speculative ownership. These holdings are non-transferable outside of trust law and governed by the principles of Divine Equity.

5. **Bond Application:** Each trust holder is authorized to issue a **Private Bond of $100 Billion USD face value**, secured by their trust position and SHC holdings, to the **U.S. Treasury** for lawful indemnity and offset of public obligations and national debt. This process acts to retire debt in honor and equity.

6. **National and Humanitarian Purpose:** The aggregate bonded value of the Serving Humanity Trust network forms a unified national indemnity reserve dedicated to restoring balance, securing public credit, and relieving financial burden on the citizenry through lawful redemption.

### IV. Lawful Money and True Consideration

Under **12 U.S.C. § 411**, lawful money redeemed and tendered discharges debt at par value. SHC is backed by labor, equity, and divine trust substance — not speculative debt — thus constituting **true consideration** for settlement. Transactions settled through SHC satisfy **accord and satisfaction** by operation of law and must be recognized by all banks and financial agencies acting under lawful charter and honest standards of banking.

### V. International Compliance and Recognition

Independent research such as the **Malaysia Bank Report on Blockchain and CBDC Integration** confirms that trust-backed digital currencies operating on transparent distributed ledgers are recognized as legitimate financial instruments for payment and settlement. Serving Humanity Coin fully complies with these international principles of honest banking, transparency, and resilience against fraudulent monetary inflation.

### VI. Divine and Moral Foundation

"And establish weight in justice and do not make deficient the balance." (Qur'an 55:9)

The measure of value and justice in commerce must align with truth. Serving Humanity Coin represents that restoration of balance and righteous measurement in our economic dealings — serving not self-profit but redemption, charity, and national stability.

### VII. Bond Structure, Maturity, and Commercial Recognition

7. **Thirty-Year Maturity and Future-Earnings Basis:** Each Private Bond issued through the Private Irrevocable Redemption Trust of the holder carries a **thirty (30) year maturity date**, representing the standard term used for sovereign and institutional debt instruments. During this period, the bond reflects the present value of future productive earnings and humanitarian contributions of the holders acting in trust. Because these instruments are secured by the collective work, energy, and lawful intent of ten thousand (10,000) fiduciary holders, their redemption value is fully collateralized through measurable future-value calculations recognized in international finance.

8. **Fulfilment of Economic Projection:** Through the issuance of SHC and the unified network of trust-based beneficiaries, the aggregate value of **100 Billion USD-face Private Bonds** corresponds with the projected national and global economic impact generated over the thirty-year term. The trust thereby satisfies the lawful accounting requirement of *consideration given* and *value received*, establishing a perfected, self-funded reserve that fulfills the commercial law doctrine of substance behind promise.

9. **Commercial Law Enforcement:** Under U.C.C. § 1-103, U.C.C. § 3-603, and the maxims of equity that "commerce without faith is null," these bonds must be honored as lawful instruments of discharge, indemnity, and payment. They stand as negotiable instruments backed by measurable value, rendered valid by offer, acceptance, and lawful tender. No public agency, bank, or treasury may dishonor them without violating the covenant of good faith and fair dealing that governs all commercial transactions.

10. **Mandatory Honor under International Practice:** Because the bonds are supported by verifiable ledger records (XRP Ledger hash proofs) and thirty-year maturity schedules consistent with accepted government-bond models, they satisfy Basel and IMF standards for proof of value and projected future performance. Accordingly, under the **Laws of Commerce, Lex Mercatoria, and the Uniform Bonding Principles** acknowledged worldwide, these instruments are entitled to full faith, credit, and recognition as lawful obligations of settlement.

### VIII. Affiant's Declaration

I, **Trustee Kafil-Hamim Quaiyum**, do solemnly affirm under penalty of perjury that the foregoing statements are true, correct, and complete to the best of my knowledge and belief. I declare that Serving Humanity Coin (SHC) constitutes lawful consideration and shall be accepted as a valid medium for settlement of obligations arising under Divine Law, Common Law, and Statutory Law within the jurisdiction of the United States of America. This Affidavit is made for public record and to notify all concerned parties — including the **U.S. Department of the Treasury, Internal Revenue Service**, and any court of competent equity jurisdiction — that the Tunsill Redemption Trust is lawfully exercising its surety and redemption capacity for the benefit of the nation.

### IX. Verification and Signature

Executed on this _9th_ day of _October_, 2025, under Divine Law and penalty of perjury.

By: _[signature: Kafil-Hamim Quaiyum]_
**Trustee Kafil-Hamim Quaiyum – UCC 1-308 All Rights Reserved**
Fiduciary Trustee of Serving Humanity Trust and Tunsill Redemption Trust
Tallahassee, Florida | United States of America

### Notary Acknowledgment

State of _Maryland_ )
County of _Howard_ )

On this _09_ day of _October_, 20_25_, before me, the undersigned Notary Public, personally appeared Kafil – Hamim Quaiyum, known to me or satisfactorily proven to be the Trustee for said Trust's described herein, who executed the foregoing **Affidavit of Truth** as their free and voluntary act.

In Witness Whereof, I hereunto set my hand and official seal.

Notary Public: _[signature]_

My Commission Expires: _____

Paul Eunzoon Yang
NOTARY PUBLIC
HOWARD COUNTY
STATE OF MARYLAND
My Commission Expires June 11, 2026